**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

*12/17*

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **DANIELLE**<br>First name<br><br>**KRISTINE**<br>Middle name<br><br>**LAFATA**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2439** |  |

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| | |
|---|---|
| ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Business name(s) | Business name(s) |
| EINs | EINs |

**5. Where you live**

| About Debtor 1: | If Debtor 2 lives at a different address: |
|---|---|
| **3600 N. HAYDEN ROAD, UNIT #3312**<br>**Scottsdale, AZ 85251**<br>Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| **Maricopa**<br>County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| **P.O. BOX 701**<br>**Scottsdale, AZ 85252**<br>Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.    How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | District | When | Case number, if known | |
| | Debtor | | Relationship to you | |
| | District | When | Case number, if known | |

**11.    Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐    No. Go to line 12.

☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.   Go to Part 4.

■ Yes.   Name and location of business

**DANIELLE LAFATA, NUTRITIONIST**
_____
Name of business, if any

**P.O. BOX 701**
**Scottsdale, AZ 85252**
_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ DANIELLE KRISTINE LAFATA**

**DANIELLE KRISTINE LAFATA**
Signature of Debtor 1

_____
Signature of Debtor 2

_____
Email Address of Debtor 1

_____
Email Address of Debtor 2

Executed on   **April 2, 2019**
         MM / DD / YYYY

Executed on   _____
         MM / DD / YYYY

Debtor 1    **DANIELLE KRISTINE LAFATA**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Jeffrey Cox** _____          Date    **April  2, 2019** _____
Signature of Attorney for Debtor                           MM / DD / YYYY

**Jeffrey Cox 26953**
Printed name

**Cox Law Offices**
Firm name

**P.O. Box 2324**
**Gilbert, AZ 85299**
Number, Street, City, State & ZIP Code

Contact phone  **480-820-3600** _____    Email address    **farnsworthcourt@gmail.com** _____

**26953 AZ**
Bar number & State

---

**Fill in this information to identify your case:**

Debtor 1     **DANIELLE KRISTINE LAFATA**

         First Name            Middle Name            Last Name

Debtor 2

(Spouse if, filing)

         First Name            Middle Name            Last Name

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number

(if known)

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new** *Summary* **and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B)<br>    1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $     449,670.00 |
|     1b. Copy line 62, Total personal property, from Schedule A/B............................. | $     60,877.53 |
|     1c. Copy line 63, Total of all property on Schedule A/B...................................... | $     510,547.53 |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $     440,178.73 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $     11,540.00 |
|     3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $     833,956.29 |
|                            **Your total liabilities** | $     1,285,675.02 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| 4.   *Schedule I: Your Income* (Official Form 106I)<br>    Copy your combined monthly income from line 12 of *Schedule I*................................ | $     3,328.33 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>    Copy your monthly expenses from line 22c of *Schedule J*...................................... | $     3,330.37 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■   Yes

7.   **What kind of debt do you have?**

    ☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                                   $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 11,540.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 14,721.70 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 26,261.70 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **DANIELLE KRISTINE LAFATA** |
| | First Name            Middle Name           Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name             Middle Name           Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

**1.1**

| **3509 N. 32ND STREET** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Phoenix**    **AZ**    **85018-0000** | ☐ Manufactured or mobile home | |
| | ☐ Land | **Current value of the entire property?**    **Current value of the portion you own?** |
| City      State      ZIP Code | ☐ Investment property | **$390,000.00**      **$390,000.00** |
| | ☐ Timeshare | |
| | ☐ Other | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| **Maricopa** | **Who has an interest in the property?** Check one | **Fee simple** |
| County | ■ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ■ Check if this is community property (see instructions) |
| | ☐ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** | |

**If you own or have more than one, list here:**

1.2

| | |
|---|---|
| **3600 N. HAYDEN ROAD, UNIT #3312** | |
| Street address, if available, or other description | |

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| | | |
|---|---|---|
| **Scottsdale** | **AZ** | **85251-0000** |
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$198,900.00** | **$59,670.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**TENANTS IN COMMON**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

| | |
|---|---|
| **Maricopa** | |
| County | |

Other information you wish to add about this item, such as local property identification number:

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................................=>

$449,670.00

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1

| | |
|---|---|
| Make: | **HONDA** |
| Model: | **CROSSTOUR** |
| Year: | **2014** |
| Approximate mileage: | **54,159** |
| Other information: | |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,184.00 | $16,184.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.........................................................................=>

$16,184.00

**Part 3:   Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| 4 KITCHEN CHAIRS | $20.00 |
| SMALL APPLIANCES | $20.00 |
| DISHES/FLATWARE | $40.00 |
| CHINA/SILVERWARE | $50.00 |
| COOKWARE | $15.00 |
| 1 LIVING ROOM CHAIR | $20.00 |
| SOFA/LOVESEATS | $50.00 |
| COFFEE/END TABLES | $40.00 |
| 1 BED | $20.00 |
| 1 DRESSER | $30.00 |
| 2 NIGHT STANDS | $50.00 |
| BOOKS/CDS/DVDS/RECORDS | $20.00 |
| KITCHEN TABLE | $40.00 |
| PATIO FURNITURES | $50.00 |
| 2 - LIVING ROOM LAMPS | $70.00 |
| AREA RUG | $80.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| COMPUTER - PERSONAL MACBOOK AIR | $350.00 |

| TELEVISION | $150.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.....

| 1 MOUNTAIN BICYCLE | $300.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....

| CLOTHING/SHOES | $300.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.....

| WEDDING RING - APPRAISAL VALUE | $2,000.00 |

| COSTUME JEWELRY | $50.00 |

| WATCH | $5.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................... | $3,770.00 |

**Part 4:**  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.....................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes......................

    |       |           | Institution name: |          |
    |-------|-----------|-------------------|----------|
    | 17.1. | **CHECKING** | **FIFTH THIRD BANK - 2957** | **$6.27** |
    | 17.2. | **SAVINGS**  | **FIFTH THIRD BANK - 2335** | **$13.46** |
    | 17.3. | **CHECKING** | **ARIZONA FEDERAL CREDIT UNION - 2382** | **$234.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
              Name of entity:                                         % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
              Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: |            |
    |------------------|-------------------|------------|
    | **IRA**          | **SCHWAB ROTH IRA** | **$6,952.62** |
    | **401(k)**       | **THE STANDARD 401(k)** | **$30,224.18** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

☐ No
☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years....... _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes. Give specific information..

   | | |
   |---|---|
   | SPECTRACELL EARNED BUT UNPAID WAGES | $2,350.00 |

   | | |
   |---|---|
   | EARNED BUT UNPAID WAGES FROM MARICOPA COMMUNITY COLLEGES | $643.00 |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
           Company name:                              Beneficiary:                     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ■ No
    - ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    - ☐ No
    - ■ Yes.  Give specific information..

| AMERICAN AIRLINES, AIRLINE MILES  - 14,224 MILES | Unknown |
|---|---|

| DELTA AIRLINES, AIRLINE MILES - 19,865 MILES | Unknown |
|---|---|

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................

| $40,423.53 |
|---|

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☐ No. Go to Part 6.
    - ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ■ No
    - ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ■ No
    - ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☐ No
    - ■ Yes.  Describe.....

| MACBOOK PRO COMPUTER | $500.00 |
|---|---|

41. **Inventory**
    - ■ No
    - ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    - ■ No
    - ☐ Yes.  Give specific information about them...................
      Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    - ■ No.
    - ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
      - ■ No

☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**
☐ No
■ Yes. Give specific information.........

**BIRD REALTY, LLC**                                                                         **$0.00**

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here**................................................................................................................     **$500.00**

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................     **$0.00**

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ......................................................................................... | | **$449,670.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$16,184.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$3,770.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$40,423.53** | |
| 59. | **Part 5: Total business-related property, line 45** | **$500.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$60,877.53** | Copy personal property total ▶ **$60,877.53** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$510,547.53** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DANIELLE KRISTINE LAFATA** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:       Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **3600 N. HAYDEN ROAD, UNIT #3312 Scottsdale, AZ 85251  Maricopa County**  Line from *Schedule A/B*: **1.2** | $59,670.00 | ☑ | $150,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1101(A) |
| **2014 HONDA CROSSTOUR 54,159 miles**  Line from *Schedule A/B*: **3.1** | $16,184.00 | ☑ | $6,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(8) |
| **4 KITCHEN CHAIRS**  Line from *Schedule A/B*: **6.1** | $20.00 | ☑ | $20.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| **SMALL APPLIANCES**  Line from *Schedule A/B*: **6.2** | $20.00 | ☑ | $20.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| **DISHES/FLATWARE**  Line from *Schedule A/B*: **6.3** | $40.00 | ☑ | $40.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **1 LIVING ROOM CHAIR**<br>Line from *Schedule A/B*: **6.6** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **SOFA/LOVESEATS**<br>Line from *Schedule A/B*: **6.7** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **COFFEE/END TABLES**<br>Line from *Schedule A/B*: **6.8** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **1 BED**<br>Line from *Schedule A/B*: **6.9** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **1 DRESSER**<br>Line from *Schedule A/B*: **6.10** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **2 NIGHT STANDS**<br>Line from *Schedule A/B*: **6.11** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **BOOKS/CDS/DVDS/RECORDS**<br>Line from *Schedule A/B*: **6.12** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(5)** |
| **KITCHEN TABLE**<br>Line from *Schedule A/B*: **6.13** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **PATIO FURNITURES**<br>Line from *Schedule A/B*: **6.14** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **2 - LIVING ROOM LAMPS**<br>Line from *Schedule A/B*: **6.15** | $70.00 | ■ $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **AREA RUG**<br>Line from *Schedule A/B*: **6.16** | $80.00 | ■ $80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **COMPUTER - PERSONAL MACBOOK AIR**<br>Line from *Schedule A/B*: **7.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(7)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **TELEVISION**<br>Line from *Schedule A/B*: **7.2** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| **1 MOUNTAIN BICYCLE**<br>Line from *Schedule A/B*: **9.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(7) |
| **CLOTHING/SHOES**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(1) |
| **WEDDING RING - APPRAISAL VALUE**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(4) |
| **WATCH**<br>Line from *Schedule A/B*: **12.3** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(6) |
| **CHECKING: ARIZONA FEDERAL CREDIT UNION - 2382**<br>Line from *Schedule A/B*: **17.3** | $234.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126(A)(9) |
| **IRA: SCHWAB ROTH IRA**<br>Line from *Schedule A/B*: **21.1** | $6,952.62 | ■ $6,952.62<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **401(k): THE STANDARD 401(k)**<br>Line from *Schedule A/B*: **21.2** | $30,224.18 | ■ $30,224.18<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **SPECTRACELL EARNED BUT UNPAID WAGES**<br>Line from *Schedule A/B*: **30.1** | $2,350.00 | ■ $1,762.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1131(B) |
| **EARNED BUT UNPAID WAGES FROM MARICOPA COMMUNITY COLLEGES**<br>Line from *Schedule A/B*: **30.2** | $643.00 | ■ $482.25<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1131(B) |
| **MACBOOK PRO COMPUTER**<br>Line from *Schedule A/B*: **40.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1130(1) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **DANIELLE KRISTINE LAFATA** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1**   **DITECH**
Creditor's Name

**P.O. BOX 7169**
**Pasadena, CA 91109**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred   **4/2015**

**Describe the property that secures the claim:**

3509 N. 32ND STREET Phoenix, AZ
85018   Maricopa County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   **2617**

Column A: **$425,269.61**   Column B: **$390,000.00**   Column C: **$35,269.61**

| 2.2 | SANTANDER CONSUMER USA | Describe the property that secures the claim: | $14,909.12 | $16,184.00 | $0.00 |

Creditor's Name

**SANTANDER CONSUMER USA**

Creditor's Name

**2014 HONDA CROSSTOUR 54,159 miles**

**P.O. BOX 660633**
**Dallas, TX 75266**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **10/2018**          Last 4 digits of account number    **4521**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $440,178.73 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $440,178.73 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **DANIELLE KRISTINE LAFATA** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number  2439 | $11,540.00 | $11,540.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO BOX 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**When was the debt incurred?**    **2016 AND 2017**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ **Check if this claim is for a  community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**FEDERAL INCOME TAX DEBT**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **AADVANTAGE MC WORLD ELIETE (BARCLAY)** | Last 4 digits of account number | **2589** | **$46,223.41** |

Nonpriority Creditor's Name
**P.O. BOX 60517**
**City of Industry, CA 91716**
Number Street City State Zip Code

When was the debt incurred?    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

---

| 4.2 | **ABLE PERA PEREZ & GLADIS MORALES** | Last 4 digits of account number | **NONE** | **Unknown** |

Nonpriority Creditor's Name
**A&G RENOVATIONS, LLC**
**3526 E. YALE STREET**
**Phoenix, AZ 85008**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.3 | **ADAM CHILD, REAL ESTATE FINANCE CORP** | Last 4 digits of account number | **NONE** | **Unknown** |

Nonpriority Creditor's Name
**14362 N. FRANK LOYD WRIGHT BLVD**
**STE. 1000**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1   DANIELLE KRISTINE LAFATA                                    Case number (if known) _____

| 4.4 | ADRIAN MARTINEZ | | |
|---|---|---|---|

Nonpriority Creditor's Name
**MARTINEZ PLUMBING**
**4780 W. PALO VERDE DRIVE**
**Glendale, AZ 85301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **NONE**                            **Unknown**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **SERVICES FOR FOX REMODELING, LLC**

---

| 4.5 | AMERICAN EXPRESS BLUE FOR BUSINESS | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1003**                            **Unknown**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS CREDIT CARD FOR FOX REMODELING, LLC**

---

| 4.6 | AMERICAN EXPRESS BUSINESS GOLD | | |
|---|---|---|---|

Nonpriority Creditor's Name
**BOX 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1003**                            **$17,300.00**

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS CREDIT CARD**

| 4.7 | **AMERICAN EXPRESS DELTA RESERVE** | Last 4 digits of account number | 3000 | **Unknown** |

Nonpriority Creditor's Name
**BOX 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

When was the debt incurred?  2016

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD FOR MICHAEL LAFATA**

---

| 4.8 | **AMERICAN EXPRESS EVERYDAY** | Last 4 digits of account number | 1009 | $2,724.00 |

Nonpriority Creditor's Name
**BOX 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

When was the debt incurred?  2017

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD**

---

| 4.9 | **AMERICAN EXPRESS GOLD** | Last 4 digits of account number | 2003 | $28,180.00 |

Nonpriority Creditor's Name
**BOX 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

When was the debt incurred?  2017

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD**

| 4.10 | ANYTIME FITNESS/ABC FINANCIAL | Last 4 digits of account number   1662 | $146.00 |

Nonpriority Creditor's Name
**P.O. BOX 54170**
**Irvine, CA 92619**
Number Street City State Zip Code

When was the debt incurred?   08/2016

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **GYM MEMBERSHIP**

---

| 4.11 | ARIZONA BUSINESS BANK | Last 4 digits of account number   7995 | Unknown |

Nonpriority Creditor's Name
**PO BOX 790408**
**Saint Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?   2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **BUSINESS CREDIT CARD FOR FOX REMODELING, LLC**

---

| 4.12 | ARIZONA BUSINESS BANK VISA | Last 4 digits of account number   3024 | Unknown |

Nonpriority Creditor's Name
**PO BOX 790408**
**Saint Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?   2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **BUSINESS CREDIT CARD FOR FOX REMODELING, LLC**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    DANIELLE KRISTINE LAFATA                                    Case number *(if known)*_____

---

**4.1 3**

**BANK OF AMERICA**
Nonpriority Creditor's Name
**PO BOX 15796**
**Wilmington, DE 19886**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** 2421 | **Unknown** |
| **When was the debt incurred?** 2016 | |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS CREDIT CARD FOR FOX REMODELING, LLC**

---

**4.1 4**

**BANK OF AMERICA**
Nonpriority Creditor's Name
**PO BOX 15796**
**Wilmington, DE 19886**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** 7497 | **Unknown** |
| **When was the debt incurred?** 2016 | |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS CREDIT CARD FOR FOX REMODELING, LLC**

---

**4.1 5**

**BANK OF AMERICA**
Nonpriority Creditor's Name
**PO BOX 15796**
**Wilmington, DE 19886**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** 7307 | **Unknown** |
| **When was the debt incurred?** 2016 | |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS CREDIT CARD FOR FOX REMODELING, LLC**

---

| 4.1 6 | **BANK OF AMERICA BUSINESS ADVANTAGE** | Last 4 digits of account number | 6097 | $40,996.84 |

**BANK OF AMERICA BUSINESS ADVANTAGE**
Nonpriority Creditor's Name
**PO BOX 15796**
**Wilmington, DE 19886**
Number Street City State Zip Code

Last 4 digits of account number    **6097**

When was the debt incurred?    **2016**

$40,996.84

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS CREDIT CARD FOR FOX REMODELING, LLC**

---

| 4.1 7 | **BANK OF AMERICA BUSINESS ADVANTAGE** | Last 4 digits of account number | 4707 | $43,671.38 |

**BANK OF AMERICA BUSINESS ADVANTAGE**
Nonpriority Creditor's Name
**PO BOX 15796**
**Wilmington, DE 19886**
Number Street City State Zip Code

Last 4 digits of account number    **4707**

When was the debt incurred?    **2016**

$43,671.38

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS CREDIT CARD FOR FOX REMODELING, LLC**

---

| 4.1 8 | **BANK OF AMERICA CASH REWARDS** | Last 4 digits of account number | 0108 | Unknown |

**BANK OF AMERICA CASH REWARDS**
Nonpriority Creditor's Name
**PO BOX 851001**
**Dallas, TX 75285**
Number Street City State Zip Code

Last 4 digits of account number    **0108**

When was the debt incurred?    **2016**

Unknown

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD FOR MICHAEL LAFATA**

| 4.1 9 | **BANK OF AMERICA CASH REWARDS VISA** | Last 4 digits of account number | **8053** | **$21,264.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 851001**
**Dallas, TX 75285**
Number Street City State Zip Code

When was the debt incurred?     **2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ■ Check if this claim is for a community debt
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **CREDIT CARD**

---

| 4.2 0 | **BNLM, LLC** | Last 4 digits of account number | **NONE** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3200 N. CENTRAL, STE. 200**
**Phoenix, AZ 85012**
Number Street City State Zip Code

When was the debt incurred?     **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ■ Check if this claim is for a community debt
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.2 1 | **BROWN EQUITY, BE LENDING, BEII, BELINE** | Last 4 digits of account number | **NONE** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ONE N. 1ST STREET, STE. 755**
**Phoenix, AZ 85004**
Number Street City State Zip Code

When was the debt incurred?     **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ■ Check if this claim is for a community debt
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

**4.2 2**

**CANYON STATE SERVICING**
Nonpriority Creditor's Name
**3333 E. CAMELBACK RD, STE. 112**
**Phoenix, AZ 85018**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0000**                              **Unknown**

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

**4.2 3**

**CAPITAL FUND I & II, LLC**
Nonpriority Creditor's Name
**14555 N. SCOTTSDALE RD, #200**
**Scottsdale, AZ 85254**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **6108**                              **$71,894.85**

When was the debt incurred?    **12/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **REAL ESTATE DEFICIENCY JUDGMENT (JUDGMENT LIEN)**

---

**4.2 4**

**CAPITAL ONE**
Nonpriority Creditor's Name
**PO BOX 60599**
**City of Industry, CA 91716**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2808**                              **Unknown**

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CREDIT CARD FOR MICHAEL LAFATA**

---

| 4.2 5 | **CAPITAL ONE** | Last 4 digits of account number | 5755 | Unknown |

Nonpriority Creditor's Name
**PO BOX 60599**
**City of Industry, CA 91716**
Number Street City State Zip Code

**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    CREDIT CARD FOR MICHAEL LAFATA

---

| 4.2 6 | **CAPITAL ONE QUICKSILVER** | Last 4 digits of account number | 9425 | Unknown |

Nonpriority Creditor's Name
**P.O. BOX 65099**
**City of Industry, CA 91716**
Number Street City State Zip Code

**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    CREDIT CARD FOR MICHAEL LAFATA

---

| 4.2 7 | **CAPITAL ONE SPARK** | Last 4 digits of account number | 3781 | Unknown |

Nonpriority Creditor's Name
**PO BOX 60599**
**City of Industry, CA 91716**
Number Street City State Zip Code

**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    CREDIT CARD FOR MICHAEL LAFATA

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 4.2 8 | **CENTRAL PHOENIX WOMENS HEALTHCARE** | Last 4 digits of account number | **5855** | $209.81 |

Nonpriority Creditor's Name
**1313 E. OSBORN RD, #250**
**Phoenix, AZ 85014**
Number Street City State Zip Code

When was the debt incurred?    **04/2017**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **MEDICAL**

---

| 4.2 9 | **CHARLES THOMAS** | Last 4 digits of account number | **NONE** | **Unknown** |

Nonpriority Creditor's Name
**CHARLES AND MARLENE THOMAS**
**FAMILY TRUST**
**14260 W. ROANOKE AVE**
**Goodyear, AZ 85395**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.3 0 | **CHASE CREDIT INK** | Last 4 digits of account number | **1852** | $22,577.00 |

Nonpriority Creditor's Name
**PO BOX 94014**
**Palatine, IL 60094**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **BUSINESS CREDIT CARD FOR FOX REMODELING, LLC**

---

| 4.3 1 | **CHRISTIAN MURRIETA** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**MURRIETA REMODELING, LLC**
**911 E. CAMELBACK ROAD, UNIT 3039**
**Phoenix, AZ 85014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **NONE**        **Unknown**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **SERVICES FOR FOX REMODELING, LLC**

| 4.3 2 | **CITI/ADVANTAGE PLATINUM SELECT** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 78045**
**Phoenix, AZ 85062**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **8877**        **Unknown**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD FOR MICHAEL LAFATA**

| 4.3 3 | **CITIBANK** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 78009**
**Phoenix, AZ 85062**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **7002**        **$34,509.33**

**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD - BEST BUY**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | |
|---|---|---|
| **4.3 4** | | |

**CITY OF PHOENIX**

Nonpriority Creditor's Name

**PO BOX 29100**
**Phoenix, AZ 85038**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2172**                                    **$488.51**

When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CITY SERVICES BILL FOR MICHAEL LAFATA**

---

| | | |
|---|---|---|
| **4.3 5** | | |

**COMENITY BANK**

Nonpriority Creditor's Name

**P.O. BOX 659705**
**San Antonio, TX 78265**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3010**                                    **Unknown**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD FOR MICHAEL LAFATA - Z GALLERIE**

---

| | | |
|---|---|---|
| **4.3 6** | | |

**D&J CONSTRUCTION SERVICES, LLC**

Nonpriority Creditor's Name

**9565 W. KINGMAN STREET**
**Tolleson, AZ 85353**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **6743**                                    **$101,095.53**

When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC (JUDGMENT LIEN)**

| | | |
|---|---|---|
| **4.3 7** | | |

**DENNIS KNUDSEN**
Nonpriority Creditor's Name
**K-TECH ENGINEERING & DESIGN, LLC**
**5715 E. ESTRID CIRCLE**
**Scottsdale, AZ 85254**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **NONE**          **Unknown**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **SERVICES FOR FOX REMODELING, LLC**

---

| | | |
|---|---|---|
| **4.3 8** | | |

**DISCOVER**
Nonpriority Creditor's Name
**P.O. BOX 51908**
**Los Angeles, CA 90051-6208**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1235**          **$46,742.00**

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD (JUDGMENT LIEN)**

---

| | | |
|---|---|---|
| **4.3 9** | | |

**DISCOVER**
Nonpriority Creditor's Name
**PO BOX 29033**
**Phoenix, AZ 85038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **3282**          **Unknown**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD FOR MICHAEL LAFATA**

---

| 4.4 0 | **DISCOVER MILES** | Last 4 digits of account number | **2766** | **$3,391.68** |

Nonpriority Creditor's Name
**P.O. BOX 51908**
**Los Angeles, CA 90051-6208**
Number Street City State Zip Code

**When was the debt incurred?**     **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **CREDIT CARD**

---

| 4.4 1 | **DOUG HANSON** | Last 4 digits of account number | **NONE** | **Unknown** |

Nonpriority Creditor's Name
**DOUG HANSON ARCHITECTURE, INC**
**4239 E. CAMPBELL AVE**
**Phoenix, AZ 85018**
Number Street City State Zip Code

**When was the debt incurred?**     **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **SERVICES FOR FOX REMODELING, LLC**

---

| 4.4 2 | **FARMERS INSURANCE GROUP** | Last 4 digits of account number | **9678** | **$107.19** |

Nonpriority Creditor's Name
**2200 E. WILLIAMS FIELD RD STE. 200-11**
**Gilbert, AZ 85295**
Number Street City State Zip Code

**When was the debt incurred?**     **9/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **SERVICES**

---

**4.43**

**FIRST GLOBAL, LLC**
Nonpriority Creditor's Name
**3622 SILVER FARMS LANE**
**Traverse City, MI 49684-8795**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **492** _____

When was the debt incurred?    **2016** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

**Unknown**

---

**4.44**

**G.S. JAGGI**
Nonpriority Creditor's Name
**IRIDUS INCOME FUND**
**1785 EAST SKYLINE DRIVE, STE. 131**
**Tucson, AZ 85718**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **NONE** _____

When was the debt incurred?    **2016** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

**Unknown**

---

**4.45**

**GREG AND CELESTE BIRD**
Nonpriority Creditor's Name
**23666 FORDSON DRIVE**
**Dearborn, MI 48124**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **NONE** _____

When was the debt incurred?    **1/2018** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **PERSONAL LOAN**

**$5,000.00**

---

**4.4 6**

**HOME DEPOT COMMERCIAL**
Nonpriority Creditor's Name
PO BOX 9001030
Louisville, KY 40290
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    5267                                Unknown

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    BUSINESS CREDIT CARD FOR FOX REMODELING, LLC

**4.4 7**

**HOME DEPOT YARDI**
Nonpriority Creditor's Name
430 S. FAIRVIEW AVE
Goleta, CA 93117
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    4816                                Unknown

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CREDIT CARD FOR MICHAEL LAFATA

**4.4 8**

**JAMES GUAJARDO**
Nonpriority Creditor's Name
WIN BUILDERS, LLC
3424 E. GREENWAY PKWY STE. 100
Scottsdale, AZ 85254
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    NONE                                Unknown

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    SERVICES FOR FOX REMODELING, LLC

| 4.49 | **JAMES GUAJARDO** | Last 4 digits of account number | **NONE** | **Unknown** |

Nonpriority Creditor's Name

**WIN INVESTOR REALTY, LLC**
**17916 N. 93RD STREET**
**Scottsdale, AZ 85255**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.50 | **JAMES GUAJARDO** | Last 4 digits of account number | **NONE** | **Unknown** |

Nonpriority Creditor's Name

**WEATH INVESTOR NETWORK**
**17916 N. 93RD STREET**
**Scottsdale, AZ 85255**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.51 | **JEWETT INVESTMENT PARTNERS** | Last 4 digits of account number | **NONE** | **Unknown** |

Nonpriority Creditor's Name

**1927 W. MITCHELL**
**Phoenix, AZ 85015**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

Debtor 1  DANIELLE KRISTINE LAFATA                                    Case number (if known) _____

| 4.5 2 | **JOE THOMPSON** | **Last 4 digits of account number** | **NONE** | **Unknown** |

**JOE THOMPSON**

Nonpriority Creditor's Name

**11252 CAMERON CT.**

**Fountain Hills, AZ 85268**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **NONE**                    **Unknown**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.5 3 |

**JOY OBERHOLTZER**

Nonpriority Creditor's Name

**BOLD BRICKS, LLC**

**8902 E. VIA LINDA, #110-19**

**Scottsdale, AZ 85258**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **NONE**                    **Unknown**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.5 4 |

**KIM RAMSEY**

Nonpriority Creditor's Name

**HERITAGE FINANCIAL**

**10697 E. TERRA DRIVE**

**Scottsdale, AZ 85258**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **NONE**                    **Unknown**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.5 5 | **KIMBERLEE BERKBIGLER** | Last 4 digits of account number | **NONE** | **Unknown** |

Nonpriority Creditor's Name
**ABC VENTURE PARTNERS, LLC**
**4101 E. ENCINAS AVE**
**Gilbert, AZ 85234**
Number Street City State Zip Code

When was the debt incurred?   **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **SERVICES FOR FOX REMODELING, LLC**

---

| 4.5 6 | **LAB CORP** | Last 4 digits of account number | **6539** | **$285.43** |

Nonpriority Creditor's Name
**P.O. BOX 2240**
**Burlington, NC 27216**
Number Street City State Zip Code

When was the debt incurred?   **1/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MEDICAL**

---

| 4.5 7 | **LARRY KOHLER** | Last 4 digits of account number | **NONE** | **Unknown** |

Nonpriority Creditor's Name
**10115 E. BELL ROAD, STE. 107-415**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

When was the debt incurred?   **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **SERVICES FOR FOX REMODELING, LLC**

**4.58**

**LOWE'S**
Nonpriority Creditor's Name
**PO BOX 530914**
**Atlanta, GA 30353-0914**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    **6841**          **$39,749.56**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **CREDIT CARD FOR MICHAEL LAFATA**

---

**4.59**

**LUIS BERUMEN**
Nonpriority Creditor's Name
**LHB CONSTRUCTION LLC**
**4747 N. 21ST AVE**
**Phoenix, AZ 85015**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    **NONE**          **Unknown**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

**4.60**

**MARK FELMAN**
Nonpriority Creditor's Name
**AVOLAN 1, LLC**
**8302 N. 74TH PLACE**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    **NONE**          **Unknown**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.6 1 | **MERCHANTS MORTGAGE & TRUST** | | |

Nonpriority Creditor's Name

**MERCHANGES FUNDING, LLC**
**P.O. BOX 912759**
**Denver, CO 80291**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **NONE**                    Unknown

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

| 4.6 2 | **MICHAEL J. ABOUD** | | |

Nonpriority Creditor's Name

**ABOUD & ABOUD PC**
**1661 N. SWAN RD., #234**
**Tucson, AZ 85712**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **NONE**                    Unknown

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

| 4.6 3 | **MICHAEL PENROD** | | |

Nonpriority Creditor's Name

**ABC VENTURE PARTNERS, LLC**
**5025 N. CENTRAL, STE. 257**
**Phoenix, AZ 85012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **NONE**                    Unknown

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

| 4.6 4 | MICHAEL PENROD |
|---|---|

**MICHAEL PENROD**
Nonpriority Creditor's Name
**MCP PROPERTIES**
**24 W. CAMELBACK RD, #A-257**
**Phoenix, AZ 85013**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number    NONE**                    **Unknown**
**When was the debt incurred?    2016**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.6 5 | MIDLAND CREDIT MANAGEMENT |
|---|---|

**MIDLAND CREDIT MANAGEMENT**
Nonpriority Creditor's Name
**2365 NORTHSIDE DR., STE 300**
**San Diego, CA 92108**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number    0660**                    **$3,729.64**
**When was the debt incurred?    2016**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **CREDIT CARD FOR MICHAEL LAFATA - CAPITAL ONE - 5046**

---

| 4.6 6 | MIDLAND FUNDING |
|---|---|

**MIDLAND FUNDING**
Nonpriority Creditor's Name
**8875 AERO DR**
**STE 200**
**San Diego, CA 92123**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number    2285**                    **$27,187.00**
**When was the debt incurred?    2016**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **CREDIT CARD - Z GALLERIE**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 4.6 7 | **MIDLAND FUNDING** | **Last 4 digits of account number** | **7970** | **$108,595.74** |

Nonpriority Creditor's Name
**8875 AERO DR**
**STE 200**
**San Diego, CA 92123**
Number Street City State Zip Code

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **CREDIT CARD FOR MICHAEL LAFATA - HOME DEPOT**

---

| 4.6 8 | **MIKE STEPHENSON** | **Last 4 digits of account number** | **NONE** | **Unknown** |

Nonpriority Creditor's Name
**9836 E. SIDEWINDER TRAIL**
**Scottsdale, AZ 85262**
Number Street City State Zip Code

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.6 9 | **NATIONAL CONSTRUCTION RENTALS** | **Last 4 digits of account number** | **NONE** | **Unknown** |

Nonpriority Creditor's Name
**P.O. BOX 4503**
**Pacoima, CA 91333**
Number Street City State Zip Code

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| 4.70 | **NELNET** | Last 4 digits of account number | 1210 | $14,601.30 |

**NELNET**
Nonpriority Creditor's Name
**P.O. BOX 2877**
**Omaha, NE 68103**
Number Street City State Zip Code

**When was the debt incurred?**    11/2006

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**STUDENT LOAN**

---

| 4.71 | **NEXT STEP 599 SOLUTIONS LLC** | Last 4 digits of account number | NONE | Unknown |

**NEXT STEP 599 SOLUTIONS LLC**
Nonpriority Creditor's Name
**601 E. CLARENDON AVE**
**Phoenix, AZ 85012**
Number Street City State Zip Code

**When was the debt incurred?**    2016

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.72 | **OLD STYLE ENTERPRISES** | Last 4 digits of account number | NONE | Unknown |

**OLD STYLE ENTERPRISES**
Nonpriority Creditor's Name
**4304 W. PARADISE DRIVE**
**Glendale, AZ 85304**
Number Street City State Zip Code

**When was the debt incurred?**    2016

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

| 4.7 3 | | |
|---|---|---|

**ORCHARD FUNDING**
Nonpriority Creditor's Name
**11333 N. SCOTTSDALE ROAD, #293**
**Scottsdale, AZ 85254**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number    NONE**                    **Unknown**

**When was the debt incurred?    2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

| 4.7 4 | | |
|---|---|---|

**PARKER DOORS & MORE**
Nonpriority Creditor's Name
**2210-2 W. SHANGRI LA**
**Phoenix, AZ 85029**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number    NONE**                    **Unknown**

**When was the debt incurred?    2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

| 4.7 5 | | |
|---|---|---|

**PATRICK PRUNTY**
Nonpriority Creditor's Name
**MARSHALL REDDICK REAL**
**ESTATE**
**4299 MACARTHUR BLVD, STE. 102**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number    NONE**                    **Unknown**

**When was the debt incurred?    2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

| 4.7 6 | **PORFOLIO RECOVERY ASSOCIATES** | Last 4 digits of account number | 0567 | $30,315.75 |

Nonpriority Creditor's Name
**120 CORPORATE BLVD., STE 100**
**Norfolk, VA 23502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD FOR MICHAEL LAFATA - BEST BUY - 0567**

---

| 4.7 7 | **PORTFOLIO RECOVERY ASSOC.** | Last 4 digits of account number | 7002 | $34,509.33 |

Nonpriority Creditor's Name
**P.O. BOX 12914**
**Norfolk, VA 23541**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD FOR MICHAEL LAFATA- CITIBANK/BEST BUY**

---

| 4.7 8 | **RLS** | Last 4 digits of account number | 1347 | **Unknown** |

Nonpriority Creditor's Name
**4455 E. CAMELBACK ROAD**
**Phoenix, AZ 85018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

**4.79**

**RLS**
Nonpriority Creditor's Name
**4455 E. CAMELBACK ROAD**
**Phoenix, AZ 85018**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1349**                                    **Unknown**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

**4.80**

**RLS**
Nonpriority Creditor's Name
**4455 E. CAMELBACK ROAD**
**Phoenix, AZ 85018**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1386**                                    **Unknown**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

**4.81**

**RLS**
Nonpriority Creditor's Name
**4455 E. CAMELBACK ROAD**
**Phoenix, AZ 85018**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1350**                                    **Unknown**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.8 2 | **ROD JONES, PRO REAL ESTATE SERVICES** | Last 4 digits of account number | **NONE** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**CARJON CAPITAL, LLC**
**1147 LA SOMBRA DRIVE**
**San Marcos, CA 92078**
Number Street City State Zip Code

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.8 3 | **RON NAWROCKI** | Last 4 digits of account number | **NONE** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**BI SOLUTIONS CORP**
**3971 N. VILLIAGE STREET**
**Buckeye, AZ 85396**
Number Street City State Zip Code

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.8 4 | **SAC HEATING & COOLING, LLC** | Last 4 digits of account number | **NONE** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**14868 W. CAMERON DRIVE**
**Surprise, AZ 85379**
Number Street City State Zip Code

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 4.8 5 | | |
|---|---|---|

**SELL WHOLESALE FUNDING**

Nonpriority Creditor's Name

**1649 E. BETHANY HOME ROAD**
**Phoenix, AZ 85016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 6017            **Unknown**

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| 4.8 6 | | |
|---|---|---|

**SOLIS MAMMOGRAPHY PHOENIX**

Nonpriority Creditor's Name

**1661 E. CAMELBACK RD #140**
**Phoenix, AZ 85016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 8900            **Unknown**

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **MEDICAL**

---

| 4.8 7 | | |
|---|---|---|

**SOLUTION ORIENTED SERVICES**

Nonpriority Creditor's Name

**SOLO 401K PLAN**
**22335 W. HIGHLAND AVE**
**Phoenix, AZ 85015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** NONE            **Unknown**

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 4.8 8 | | | |
|---|---|---|---|

**STEVEN A. TURNER**
Nonpriority Creditor's Name
**COYOTE CAPITAL INVESTMENTS, LLC**
**15230 N. 75TH STREET, #2005**
**Scottsdale, AZ 85260**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **NONE**            **Unknown**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

| 4.8 9 | | | |
|---|---|---|---|

**SUPRA BILLING**
Nonpriority Creditor's Name
**ARIZONA REGIONAL MLS**
**130 S. PRIEST DRIVE, STE. 101**
**Tempe, AZ 85281-2593**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **9026**            **$120.40**

When was the debt incurred?    **2/2018 - 8/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify                **SERVICES**

| 4.9 0 | | | |
|---|---|---|---|

**SYNCHRONY BANK**
Nonpriority Creditor's Name
**P.O. BOX 530914**
**Atlanta, GA 30353**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **6841**            **$39,749.56**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CREDIT CARD FOR MICHAEL LAFATA - LOWE'S**

Debtor 1   **DANIELLE KRISTINE LAFATA**    Case number *(if known)*

| 4.9 1 | **SYNCHRONY FINANCIAL** | Last 4 digits of account number | **7396** | Unknown |

Nonpriority Creditor's Name
**PO BOX 960061**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?  **2016**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD FOR MICHAEL LAFATA - LIVING SPACES**

| 4.9 2 | **TITLE SECURITY AGENCY** | Last 4 digits of account number | **UNKNOWN** | Unknown |

Nonpriority Creditor's Name
**6390 E. TANQUE VERDE ROAD**
**Tucson, AZ 85712**
Number Street City State Zip Code

When was the debt incurred?  **2016**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **SERVICES FOR FOX REMODELING, LLC**

| 4.9 3 | **VANN ENGINEERING** | Last 4 digits of account number | **NONE** | Unknown |

Nonpriority Creditor's Name
**9013 N. 24TH AVE, STE. 7**
**Phoenix, AZ 85021**
Number Street City State Zip Code

When was the debt incurred?  **2016**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **SERVICES FOR FOX REMODELING, LLC**

| | | |
|---|---|---|
| 4.9 4 | **WASTE MANAGEMENT** | Last 4 digits of account number    0381                          $33,784.66 |

Nonpriority Creditor's Name
**1001 FANNIN STREET**
**Houston, TX 77002**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| | | |
|---|---|---|
| 4.9 5 | **WESTSTAR MORTGAGE** | Last 4 digits of account number    4540                          **Unknown** |

Nonpriority Creditor's Name
**2525 E. CAMELBACK ROAD, #1101**
**Phoenix, AZ 85016**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

---

| | | |
|---|---|---|
| 4.9 6 | **WESTSTAR MORTGAGE** | Last 4 digits of account number    4530                          **Unknown** |

Nonpriority Creditor's Name
**2525 E. CAMELBACK ROAD, #1101**
**Phoenix, AZ 85016**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **SERVICES FOR FOX REMODELING, LLC**

| 4.9 7 | **WESTSTAR MORTGAGE** |
|---|---|

Nonpriority Creditor's Name

**2525 E. CAMELBACK ROAD, #1101**
**Phoenix, AZ 85016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4790**       **Unknown**

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **SERVICES FOR FOX REMODELING, LLC**

---

| 4.9 8 | **WESTSTAR MORTGAGE** |
|---|---|

Nonpriority Creditor's Name

**2525 E. CAMELBACK ROAD, #1101**
**Phoenix, AZ 85016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **6170**       **Unknown**

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **SERVICES FOR FOX REMODELING, LLC**

---

| 4.9 9 | **YARDI MARKETPLACE** |
|---|---|

Nonpriority Creditor's Name

**430 S. FAIRVIEW AVE**
**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7002**       **Unknown**

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **SERVICES FOR FOX REMODELING, LLC**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   DANIELLE KRISTINE LAFATA                          Case number (if known) _____

<table>
<tr><td>4.1<br>00</td><td><b>YARDI MARKETPLACE</b><br>Nonpriority Creditor's Name<br><b>PO BOX 82569</b><br><b>Goleta, CA 93118</b><br>Number Street City State Zip Code</td><td>Last 4 digits of account number   <b>6935</b><br><br>When was the debt incurred?   <b>2016</b></td><td><b>$14,806.39</b></td></tr>
</table>

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **CREDIT CARD FOR FOX REMODELING, LLC**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **ARS NATIONAL SERVICES INC**<br>**PO BOX 469100**<br>**Escondido, CA 92046-9100** | Line **4.33** of (Check one):<br><br>Last 4 digits of account number   **7002** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **ATLANTIC CREDIT & FINANCE, INC**<br>**PO BOX 13386**<br>**Roanoke, VA 24033** | Line **4.67** of (Check one):<br><br>Last 4 digits of account number   **8411** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **BUREAU OF MEDICAL ECONOMICS**<br>**PO BOX 20247**<br>**Phoenix, AZ 85036-0247** | Line **4.28** of (Check one):<br><br>Last 4 digits of account number   **4892** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **BURSEY & ASSOCIATES**<br>**6740 N. ORACLE RD STE. 151**<br>**Tucson, AZ 85704** | Line **4.66** of (Check one):<br><br>Last 4 digits of account number   **2285** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **CAPITAL MANAGEMENT SERVICES, LP**<br>**698 1/2 SOUTH OGDEN STREET**<br>**Buffalo, NY 14206-2317** | Line **4.19** of (Check one):<br><br>Last 4 digits of account number   **7340** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **CHARLESTON, KELLY & ASSOCIATES**<br>**150 E. SWDESFORD ROAD, STE. 102**<br>**Wayne, PA 19087** | Line **4.94** of (Check one):<br><br>Last 4 digits of account number   **0381** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **CLIENT SERVICES** | Line **4.30** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **DANIELLE KRISTINE LAFATA**                              Case number (if known) _____

**3451 S. HARRY S. TRUMAN BLVD**                        ■ Part 2: Creditors with Nonpriority Unsecured Claims
**Saint Charles, MO 63301-4047**
                                              Last 4 digits of account number          **5753**

| | |
|---|---|
| Name and Address<br>**CREDIT COLLECTION SERVICES**<br>P.O. BOX 55126<br>Boston, MA 02205 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.42** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **2707** |

| | |
|---|---|
| Name and Address<br>**CREDIT CONTROL LLC**<br>PO BOX 546<br>Hazelwood, MO 63042 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3923** |

| | |
|---|---|
| Name and Address<br>**CREDIT CONTROL LLC**<br>P.O. BOX 546<br>Hazelwood, MO 63042 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.65** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3923** |

| | |
|---|---|
| Name and Address<br>**CREDIT CORP SOLUTIONS INC**<br>**DBA TASMAN CREDIT CORP**<br>**180 ELECTION ROAD, STE. 200**<br>Draper, UT 84020 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6053** |

| | |
|---|---|
| Name and Address<br>**CREDIT CORP SOLUTIONS INC,**<br>**DBA TASMAN CC**<br>**63 EAST 11400 SOUTH 408**<br>Sandy, UT 84070 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6053** |

| | |
|---|---|
| Name and Address<br>**FINANCIAL ASSET MANAGEMENT**<br>665 MOLLY LANE, STE. 110<br>Woodstock, GA 30189 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **2172** |

| | |
|---|---|
| Name and Address<br>**GUGLIELMO & ASSOCIATES, PLLC**<br>**3040 NORTH CAMPBELL AVE, STE**<br>**100**<br>Tucson, AZ 85719 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3000** |

| | |
|---|---|
| Name and Address<br>**GUGLIELMO & ASSOCIATES, PLLC**<br>**3040 NORTH CAMPBELL AVE, STE**<br>**100**<br>Tucson, AZ 85719 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **2766** |

| | |
|---|---|
| Name and Address<br>**GURSTEL LAW FIRM, PC**<br>9320 E RAINTREE DR<br>Scottsdale, AZ 85260 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **4059** |

| | |
|---|---|
| Name and Address<br>**LAW OFFICE OF CYNTHIA L.**<br>**JOHNSON**<br>11640 E. CARON STREET<br>Scottsdale, AZ 85259 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **LAW OFFICES OF PUCIN & FRIEDLAND, PC**<br>**1699 E. WOODFIELD ROAD, STE. 360A**<br>**Schaumburg, IL 60173** | Line **4.99** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     7002 |
| **LAW OFFICES OF PUCIN & FRIEDLAND, PC**<br>**1699 E. WOODFIELD ROAD, STE. 360A**<br>**Schaumburg, IL 60173** | Line **4.100** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     6935 |
| **LCA COLLECTIONS**<br>**P.O. BOX 2240**<br>**Burlington, NC 27216** | Line **4.56** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     6539 |
| **MERCANTILE**<br>**165 LAWRENCE BELL DRIVE STE. 100**<br>**WILLIAMSVILLE, NY 14221** | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     6B01 |
| **MERCANTILE ADJUSTMENT BUREAU**<br>**PO BOX 9055**<br>**Buffalo, NY 14231** | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     0B02 |
| **NATIONWIDE CREDIT INC**<br>**P.O. BOX 14581**<br>**Des Moines, IA 50306-3581** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     1009 |
| **PHILLIPS COHEN & ASSOCIATES, LTD**<br>**MAIL STOP 658**<br>**1002 JUSTISON STREET**<br>**Wilmington, DE 19801** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     2219 |
| **ROBERT J. DUNN III**<br>**ZWICKER AND ASSOCIATES PC**<br>**1225 W. WASHINGTON STREET, STE. 110**<br>**Tempe, AZ 85281** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     8854 |
| **SAC HEATING & COOLING, LLC**<br>**3118 W. THOMAS ROAD, STE. 706**<br>**Phoenix, AZ 85017** | Line **4.84** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number     NONE |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1    **DANIELLE KRISTINE LAFATA** _____    Case number (if known) _____

**SPARKS LAW GROUP, PLLC**
**ONE N. 1ST STREET, STE. 795**
**Phoenix, AZ 85004**

Line **4.36** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6743**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 11,540.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 11,540.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 14,721.70 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 819,234.59 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 833,956.29 |

| | |
|---|---|
| Debtor 1 | **DANIELLE KRISTINE LAFATA** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number    Street | |
| City      State    ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City      State    ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City      State    ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City      State    ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City      State    ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **DANIELLE KRISTINE LAFATA** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live? __Arizona__ . Fill in the name and current address of that person.

   **MICHAEL LAFATA**
   **3509 N. 32ND STREET**
   **Phoenix, AZ 85018**
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.1 | **GREG BIRD**<br>**23666 FORDSON DRIVE**<br>**Dearborn, MI 48124** | ■ Schedule D, line __2.2__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**SANTANDER CONSUMER USA** |
| 3.2 | **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.90__<br>☐ Schedule G _____<br>**SYNCHRONY BANK** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3   **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**BANK OF AMERICA BUSINESS ADVANTAGE** |
| 3.4   **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**BANK OF AMERICA BUSINESS ADVANTAGE** |
| 3.5   **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**ARIZONA BUSINESS BANK VISA** |
| 3.6   **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**AMERICAN EXPRESS BLUE FOR BUSINESS** |
| 3.7   **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**AMERICAN EXPRESS DELTA RESERVE** |
| 3.8   **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**ARIZONA BUSINESS BANK** |
| 3.9   **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**BANK OF AMERICA CASH REWARDS** |
| 3.10  **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**PORFOLIO RECOVERY ASSOCIATES** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**CAPITAL ONE** |
| 3.12  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**CAPITAL ONE** |
| 3.13  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G _____<br>**MIDLAND CREDIT MANAGEMENT** |
| 3.14  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**CAPITAL ONE SPARK** |
| 3.15  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**CAPITAL ONE QUICKSILVER** |
| 3.16  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**CHASE CREDIT INK** |
| 3.17  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**DISCOVER** |
| 3.18  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**HOME DEPOT YARDI** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19   **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.46**<br>☐ Schedule G _____<br>**HOME DEPOT COMMERCIAL** |
| 3.20   **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.67**<br>☐ Schedule G _____<br>**MIDLAND FUNDING** |
| 3.21   **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.91**<br>☐ Schedule G<br>**SYNCHRONY FINANCIAL** |
| 3.22   **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.58**<br>☐ Schedule G _____<br>**LOWE'S** |
| 3.23   **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.35**<br>☐ Schedule G _____<br>**COMENITY BANK** |
| 3.24   **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.13**<br>☐ Schedule G _____<br>**BANK OF AMERICA** |
| 3.25   **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.14**<br>☐ Schedule G _____<br>**BANK OF AMERICA** |
| 3.26   **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.15**<br>☐ Schedule G _____<br>**BANK OF AMERICA** |

| ██████ | **Additional Page to List More Codebtors** |
|--------|---------------------------------------------|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|------|------|------|
| 3.27 | **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.32**<br>☐ Schedule G _____<br>**CITI/ADVANTAGE PLATINUM SELECT** |
| 3.28 | **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.21**<br>☐ Schedule G _____<br>**BROWN EQUITY, BE LENDING, BEII, BELINE** |
| 3.29 | **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.44**<br>☐ Schedule G _____<br>**G.S. JAGGI** |
| 3.30 | **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.54**<br>☐ Schedule G _____<br>**KIM RAMSEY** |
| 3.31 | **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.62**<br>☐ Schedule G _____<br>**MICHAEL J. ABOUD** |
| 3.32 | **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.63**<br>☐ Schedule G _____<br>**MICHAEL PENROD** |
| 3.33 | **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.64**<br>☐ Schedule G _____<br>**MICHAEL PENROD** |
| 3.34 | **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.55**<br>☐ Schedule G _____<br>**KIMBERLEE BERKBIGLER** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.35  MICHAEL LAFATA<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**ADAM CHILD, REAL ESTATE FINANCE CORP** |
| 3.36  MICHAEL LAFATA<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**JAMES GUAJARDO** |
| 3.37  MICHAEL LAFATA<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**JAMES GUAJARDO** |
| 3.38  MICHAEL LAFATA<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**JAMES GUAJARDO** |
| 3.39  MICHAEL LAFATA<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>**PATRICK PRUNTY** |
| 3.40  MICHAEL LAFATA<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**JOY OBERHOLTZER** |
| 3.41  MICHAEL LAFATA<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>**STEVEN A. TURNER** |
| 3.42  MICHAEL LAFATA<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>**RON NAWROCKI** |

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.43  **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>**ROD JONES, PRO REAL ESTATE SERVICES** |
| 3.44  **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>**JOE THOMPSON** |
| 3.45  **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>**MIKE STEPHENSON** |
| 3.46  **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>**MARK FELMAN** |
| 3.47  **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>**LARRY KOHLER** |
| 3.48  **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>**CHARLES THOMAS** |
| 3.49  **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>**MERCHANTS MORTGAGE & TRUST** |
| 3.50  **MICHAEL LAFATA**<br>3509 N. 32ND STREET<br>Phoenix, AZ 85018 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>**ORCHARD FUNDING** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

3.51    **MICHAEL LAFATA**
       **3509 N. 32ND STREET**
       **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.43__
☐ Schedule G _____
**FIRST GLOBAL, LLC**

---

3.52    **MICHAEL LAFATA**
       **3509 N. 32ND STREET**
       **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.87__
☐ Schedule G _____
**SOLUTION ORIENTED SERVICES**

---

3.53    **MICHAEL LAFATA**
       **3509 N. 32ND STREET**
       **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.51__
☐ Schedule G _____
**JEWETT INVESTMENT PARTNERS**

---

3.54    **MICHAEL LAFATA**
       **3509 N. 32ND STREET**
       **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
**NEXT STEP 599 SOLUTIONS LLC**

---

3.55    **MICHAEL LAFATA**
       **3509 N. 32ND STREET**
       **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.20__
☐ Schedule G _____
**BNLM, LLC**

---

3.56    **MICHAEL LAFATA**
       **3509 N. 32ND STREET**
       **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**ABLE PERA PEREZ & GLADIS MORALES**

---

3.57    **MICHAEL LAFATA**
       **3509 N. 32ND STREET**
       **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.31__
☐ Schedule G _____
**CHRISTIAN MURRIETA**

---

3.58    **MICHAEL LAFATA**
       **3509 N. 32ND STREET**
       **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**LUIS BERUMEN**

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.59    **MICHAEL LAFATA**
          **3509 N. 32ND STREET**
          **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.84__
☐ Schedule G _____
**SAC HEATING & COOLING, LLC**

---

3.60    **MICHAEL LAFATA**
          **3509 N. 32ND STREET**
          **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.69__
☐ Schedule G _____
**NATIONAL CONSTRUCTION RENTALS**

---

3.61    **MICHAEL LAFATA**
          **3509 N. 32ND STREET**
          **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.74__
☐ Schedule G _____
**PARKER DOORS & MORE**

---

3.62    **MICHAEL LAFATA**
          **3509 N. 32ND STREET**
          **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.94__
☐ Schedule G _____
**WASTE MANAGEMENT**

---

3.63    **MICHAEL LAFATA**
          **3509 N. 32ND STREET**
          **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.93__
☐ Schedule G _____
**VANN ENGINEERING**

---

3.64    **MICHAEL LAFATA**
          **3509 N. 32ND STREET**
          **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.95__
☐ Schedule G _____
**WESTSTAR MORTGAGE**

---

3.65    **MICHAEL LAFATA**
          **3509 N. 32ND STREET**
          **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.96__
☐ Schedule G _____
**WESTSTAR MORTGAGE**

---

3.66    **MICHAEL LAFATA**
          **3509 N. 32ND STREET**
          **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line __4.97__
☐ Schedule G _____
**WESTSTAR MORTGAGE**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.67    **MICHAEL LAFATA**
        **3509 N. 32ND STREET**
        **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.98___
☐ Schedule G _____
**WESTSTAR MORTGAGE**

3.68    **MICHAEL LAFATA**
        **3509 N. 32ND STREET**
        **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.85___
☐ Schedule G _____
**SELL WHOLESALE FUNDING**

3.69    **MICHAEL LAFATA**
        **3509 N. 32ND STREET**
        **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.78___
☐ Schedule G _____
**RLS**

3.70    **MICHAEL LAFATA**
        **3509 N. 32ND STREET**
        **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.72___
☐ Schedule G _____
**OLD STYLE ENTERPRISES**

3.71    **MICHAEL LAFATA**
        **3509 N. 32ND STREET**
        **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.41___
☐ Schedule G _____
**DOUG HANSON**

3.72    **MICHAEL LAFATA**
        **3509 N. 32ND STREET**
        **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
**DENNIS KNUDSEN**

3.73    **MICHAEL LAFATA**
        **3509 N. 32ND STREET**
        **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
**CANYON STATE SERVICING**

3.74    **MICHAEL LAFATA**
        **3509 N. 32ND STREET**
        **Phoenix, AZ 85018**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.4___
☐ Schedule G _____
**ADRIAN MARTINEZ**

███  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.75  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.1__<br>☐ Schedule G _____<br>**INTERNAL REVENUE SERVICE** |
| 3.76  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**CITY OF PHOENIX** |
| 3.77  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>**YARDI MARKETPLACE** |
| 3.78  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**PORTFOLIO RECOVERY ASSOC.** |
| 3.79  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.81__<br>☐ Schedule G _____<br>**RLS** |
| 3.80  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>**RLS** |
| 3.81  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.79__<br>☐ Schedule G _____<br>**RLS** |
| 3.82  **MICHAEL LAFATA**<br>**3509 N. 32ND STREET**<br>**Phoenix, AZ 85018** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**TITLE SECURITY AGENCY** |

| | |
|---|---|
| Debtor 1 | **DANIELLE KRISTINE LAFATA** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                      12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:**          **Describe Employment**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | | |
| | **Employment status** | ■ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | **Occupation** | **ADJUNCT FACULTY** | |
| | **Employer's name** | **MARICOPA COMMUNITY COLLEGES** | |
| | **Employer's address** | **2411 W 14TH ST Tempe, AZ 85281** | |
| | **How long employed there?** | **1 YEAR** | |

---

**Part 2:**          **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $            **889.00** | $            **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            **0.00** | +$            **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $            **889.00** | $            **N/A** |

---

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ **889.00** | $ **N/A** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **94.00** | $ **N/A** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ **94.00**    $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ **795.00**    $ **N/A**

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **2,533.33** | $ **N/A** |
| 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e. **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ **0.00** | $ **N/A** |
| 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ **2,533.33**    $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ **3,328.33** + $ **N/A** = $ **3,328.33**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ **3,328.33**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Debtor 1     **DANIELLE KRISTINE LAFATA**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses         12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

  **Describe Your Household**

1.   **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**  ■ No

  Do not list Debtor 1 and   ☐ Yes.  Fill out this information for
  Debtor 2.              each dependent..............

  Do not state the
  dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No  ☐ Yes

  **Estimate Your Ongoing Monthly Expenses**

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4.  $       **500.00**

  **If not included in line 4:**

4a.   Real estate taxes                               4a.  $       **0.00**
4b.   Property, homeowner's, or renter's insurance       4b.  $       **0.00**
4c.   Home maintenance, repair, and upkeep expenses     4c.  $      **50.00**
4d.   Homeowner's association or condominium dues       4d.  $     **227.00**
5.   **Additional mortgage payments for your residence,** such as home equity loans    5.  $       **0.00**

Debtor 1    **DANIELLE KRISTINE LAFATA**                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **130.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **50.00** |
| | 6d. | Other. Specify:   **INTERNET** | 6d. | $ | **40.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **315.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **80.00** |
| 10. | **Personal care products and services** | | 10. | $ | **50.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **425.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | | |
| | Do not include car payments. | | 12. | $ | **300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **10.00** |
| 15. | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **0.00** |
| | 15b. | Health insurance | 15b. | $ | **200.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **135.00** |
| | 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | | |
| | Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **268.37** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. | Other. Specify:   **FEDERAL INCOME TAX DEBT PAYMENTS** | 17c. | $ | **300.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | | $ | **0.00** |
| | Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify:   **MISCELLANEOUS AND CONTIGENCY EXPENSES** | | 21. | +$ | **100.00** |
| | **UNION OR PROFESSIONAL DUES** | | | +$ | **50.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **3,330.37** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **3,330.37** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **3,328.33** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **3,330.37** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **-2.04** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

Debtor 1      **DANIELLE KRISTINE LAFATA**

             First Name          Middle Name          Last Name

Debtor 2

(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ DANIELLE KRISTINE LAFATA**          X _____

   **DANIELLE KRISTINE LAFATA**               Signature of Debtor 2

   Signature of Debtor 1

Date   **April 2, 2019**                     Date _____

| Debtor 1 | **DANIELLE KRISTINE LAFATA** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
■ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **2117 E. WELDON AVE Phoenix, AZ 85018** | From-To: **01/2014 - 04/2016** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **3509 N. 32ND STREET Phoenix, AZ 85018** | From-To: **04/2016 - 01/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **2414 N. 38TH STREET Phoenix, AZ 85008** | From-To: **01/2018 - 05/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **23666 FORDSON DRIVE Dearborn, MI 48124** | From-To: **05/2018 - 09/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | **Explain the Sources of Your Income** |

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐    No
■    Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $4,056.59 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $10,768.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $10,664.26 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $11,661.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $74,769.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐    No
■    Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | **SALE OF VACANT LOT OWNED BY EX HUSBAND'S BUSINESS, FOX REMODLEING LLC** | $20,700.00 | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|
| 2017 ARIZONA STATE INCOME TAX REFUND FORM 140 | $50.00 | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■    No
☐    Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■    No
☐    Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐    No
■    Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>vs.<br>DANIELLE LAFATA<br>CV2018-054059 | CIVIL | MARICOPA COUNTY SUPERIOR COURT<br>PO BOX 25339<br>Phoenix, AZ 85002 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**JUDGMENT OF DISMISSAL** |
| DISCOVER BANK<br>vs.<br>DANIELLE KRISTINE LAFATA<br>CV2018-093000 | CIVIL | MARICOPA COUNTY SUPERIOR COURT<br>PO BOX 25339<br>Phoenix, AZ 85002 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**JUDGMENT LIEN** |
| AMERICAN EXPRESS BANK FSB<br>vs.<br>DANIELLE LAFATA<br>BIRD REALTY LLC<br>CV2017-008854 | CIVIL | MARICOPA COUNTY SUPERIOR COURT<br>PO BOX 25339<br>Phoenix, AZ 85002 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**APPLICATION OF DEFAULT** |
| CAPITAL FUND I, LLC<br>CAPITAL FUND II, LLC<br>vs.<br>FOX REMODELING LLC<br>MICHAEL LAFATA<br>DANIELLE LAFATA<br>CV2017-056108 | CIVIL | MARICOPA COUNTY SUPERIOR COURT<br>PO BOX 25339<br>Phoenix, AZ 85002 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**JUDGMENT LIEN** |
| D&J CONSTRUCTION SERVICES LLC<br>vs.<br>MICHAEL LAFATA<br>FOX REMODELING LLC<br>DANIELLE LAFATA<br>WELLS FARGO BANK NA<br>BANK OF AMERICA NA<br>JP MORGAN CHASE NA<br>CV2017-006743 | CIVIL | MARICOPA COUNTY SUPERIOR COURT<br>PO BOX 25339<br>Phoenix, AZ 85002 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**APPLICATION FOR WRIT OF GARNISHMENT, JUDGMENT LIEN** |
| MARY LEPRINO<br>JOANIE PROPERTIES LLC<br>vs.<br>MICHAEL LAFATA<br>DANIELLE LAFATA<br>FOX REMODELING LLC<br>CV2017-009281 | CIVIL | MARICOPA COUNTY SUPERIOR COURT<br>PO BOX 25339<br>Phoenix, AZ 85002 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**ORDER OF DISMISSAL** |
| DISCOVER BANK<br>vs.<br>DANIELLE LAFATA<br>CC2018-118808 | CIVIL | ARCADIA BILTMORE JUSTICE<br>620 W. JACKSON STREET<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| MIDLAND FUNDING LLC<br>vs.<br>DANIELLE LAFATA<br>CV2018-097901 | CIVIL | MARICOPA COUNTY SUPERIOR COURT<br>201 WEST JEFFERSON STREET<br>Phoenix, AZ 85003 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**JUDGMENT OF DISMISSAL FOR LACK OF SERVICE** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>vs.<br>DANIELLE LAFATA aka DANIELLE K LAFATA<br>CV2018-055410 | CIVIL | MARICOPA COUNTY SUPERIOR COURT<br>PO BOX 25339<br>Phoenix, AZ 85002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **COX LAW OFFICES P.O. BOX 2324 Gilbert, AZ 85299** | **CASH** | **09/19/2018** | **$3,900.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **TOM KOTT 2404 COURTNEY MEADOWS CT Tampa, FL 33619** **NONE** | **2014 STAFF WORLD SERIES RING, FMV $400.00 - $1,000.00** | **$1,000.00** | **05/2018** |
| **GREG GEISER 8628 W. VILLAGE DRIVE Peoria, AZ 85382** **NONE** | **2010 KLX 100CC DIRT BIKE, FMV $1,200.00** | **$1,050.00** | **05/2018** |
| **CHRISTINA HIEB 125 S. MAIN STREET, #121 Sebastopol, CA 95472** **NONE** | **GOLF CLUBS WORTH $300.00** | **$300.00** | **08/31/2018** |
| **SIMIN LEVINSON 4132 E. MINNEZONA DRIVE Phoenix, AZ 85018** **NONE** | **GIANT AVAIL ROAD BIKE WITH MISSING TIRE WORTH $350.00** | **$350.00 CASH** | **9/19/2018** |

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| CELESTE BIRD<br>23666 FORDSON DRIVE<br>Dearborn, MI 48124<br><br>MOTHER | TENNIS BRACELET WORTH $275.00, WHITE GOLD WITH STONE BRACELET WORTH $525.00, AND WHITE GOLD RING WITH STONES WORTH $300.00.  TOTAL VALUE $1,100.00 | $1,100.00 | 09/26/2018 |
| ERIC MEYER<br>1801 BASSET STREET, APT. 216<br>Denver, CO 80202<br><br>NONE | 3 STONE DIAMOND NECKLACE WORTH $200.00 AND WHITE GOLD NECKLACE WITH DIFFERENT STONES WORTH $200.00 | $400.00 CASH | 9/26/2018 |
| PEGGY GOMEZ<br>7160 E. KIERLAND BLVD, #313<br>Scottsdale, AZ 85254<br><br>NONE | 2003 AUDI TT ROADSTER CONVERTIBLE APPRAISED AT $2,858.00 | $3,000.00 | 10/23/2018 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
    - ■ No
    - ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    - ☐ No
    - ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| BANK OF AMERICA<br>SCOTTSDALE, AZ | XXXX-7077 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 05/2018 | $0.00 |
| BANK OF AMERICA<br>SCOTTSDALE, AZ | XXXX-9282 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 05/2018 | $0.00 |

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **BANK OF AMERICA SCOTTSDALE, AZ** | **XXXX-4461** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **05/2018** | **$0.00** |
| **BANK OF AMERICA SCOTTSDALE, AZ** | **XXXX-9289** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **05/2018** | **$0.00** |
| **BANK OF AMERICA SCOTTSDALE, AZ** | **XXXX-4937** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **05/2018** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance,

hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| **DANIELLE LAFATA, NUTRITIONIST**<br>**P.O. BOX 701**<br>**Scottsdale, AZ 85252** | **NUTRITION CONSULTING**<br><br>**DANIELLE LAFATA** | EIN:    **NONE**<br><br>From-To   **03/2018 TO CURRENT** |
| **BIRD REALTY, LLC**<br>**3509 N/ 32ND STREET**<br>**Phoenix, AZ 85018** | **REALTY**<br><br>**DANA BUFFKIN**<br>**DAVID SMITH ASSOCIATES, LLC**<br>**901 45TH AVE SOUTH**<br>**NORTH MYRTLE BEACH, SC 29582** | EIN:    **81-1980856**<br><br>From-To   **01/2016 TO CURRENT** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ DANIELLE KRISTINE LAFATA**

**DANIELLE KRISTINE LAFATA**                    **Signature of Debtor 2**
**Signature of Debtor 1**

**Date    April 2, 2019**                    **Date**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **DANIELLE KRISTINE LAFATA** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: **DITECH**<br><br>Description of property securing debt: **3509 N. 32ND STREET Phoenix, AZ 85018 Maricopa County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **SANTANDER CONSUMER USA**<br><br>Description of property securing debt: **2014 HONDA CROSSTOUR 54,159 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
| --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    __DANIELLE KRISTINE LAFATA__                     Case number *(if known)* _____

Lessor's name:                                                      ☐ No
Description of leased
Property:                                                          ☐ Yes

Lessor's name:                                                      ☐ No
Description of leased
Property:                                                          ☐ Yes

Lessor's name:                                                      ☐ No
Description of leased
Property:                                                          ☐ Yes

Lessor's name:                                                      ☐ No
Description of leased
Property:                                                          ☐ Yes

Lessor's name:                                                      ☐ No
Description of leased
Property:                                                          ☐ Yes

Lessor's name:                                                      ☐ No
Description of leased
Property:                                                          ☐ Yes

Lessor's name:                                                      ☐ No
Description of leased
Property:                                                          ☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  __/s/ DANIELLE KRISTINE LAFATA__              X  _____
   **DANIELLE KRISTINE LAFATA**                        Signature of Debtor 2
   Signature of Debtor 1

   Date    __April  2, 2019__                           Date  _____

<table>
<tr><td>

Fill in this information to identify your case:

Debtor 1    **DANIELLE KRISTINE LAFATA**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Arizona

Case number
(if known)

</td><td>

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

     ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

                              Debtor 1

   Gross receipts (before all deductions)    $ _____

   Ordinary and necessary operating expenses    -$ _____

   Net monthly income from a business,                Copy
   profession, or farm    $ _____    here -> $ _____                $ _____

6. **Net income from rental and other real property**

                              Debtor 1

   Gross receipts (before all deductions)    $ _____

   Ordinary and necessary operating expenses    -$ _____

   Net monthly income from rental or other real property    $ _____    Copy here -> $ _____        $ _____

7. **Interest, dividends, and royalties**                                   $ _____    $ _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**                               $ _____      $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                              $ _____

For your spouse                   $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.          $ _____      $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

. _____     $ _____      $ _____

_____     $ _____      $ _____

Total amounts from separate pages, if any.     + $ _____      $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ......................... **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)                 **x  12**

12b. The result is your annual income for this part of the form     **12b.**  $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     [_____]

Fill in the number of people in your household.     [_____]

Fill in the median family income for your state and size of household.     **13.**  $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X  /s/ DANIELLE KRISTINE LAFATA**

**DANIELLE KRISTINE LAFATA**

Signature of Debtor 1

Date   **April  2, 2019**

     MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **DANIELLE KRISTINE LAFATA**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Arizona

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    **12/15**

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Go to line 3.

       ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.   Check any one of the following categories that applies:

          ☐   **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

          ☐   **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

          ☐   **I am performing a homeland defense activity for at least 90 days.**

          ☐   **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## District of Arizona

In re    **DANIELLE KRISTINE LAFATA**                          Case No. _____

                                            Debtor(s)           Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **3,900.00** |
| Prior to the filing of this statement I have received | $ | **3,900.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

     **April  2, 2019**                                     **/s/ Jeffrey Cox**

     *Date*                                                     **Jeffrey Cox 26953**
                                                          *Signature of Attorney*
                                                          **Cox Law Offices**
                                                          **P.O. Box 2324**
                                                          **Gilbert, AZ 85299**
                                                          **480-820-3600  Fax: 480-820-4800**
                                                           **farnsworthcourt@gmail.com**
                                                          *Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re   **DANIELLE KRISTINE LAFATA**                 Case No.

                                         Debtor(s)         Chapter     **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I,   **DANIELLE KRISTINE LAFATA**  , do hereby certify, under penalty of perjury, that the Master Mailing List, consisting

of   **12**   page(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   **April 2, 2019**                         **/s/ DANIELLE KRISTINE LAFATA**

                                                 **DANIELLE KRISTINE LAFATA**
                                                 Signature of Debtor

Date:   **April 2, 2019**                         **/s/ Jeffrey Cox**

                                                 Signature of Attorney
                                                 **Jeffrey Cox 26953**
                                                 **Cox Law Offices**
                                                 **P.O. Box 2324**
                                                 **Gilbert, AZ 85299**
                                                 **480-820-3600   Fax: 480-820-4800**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

LAFATA, DANIELLE -

AADVANTAGE MC WORLD ELIETE (BARCLAY)
P.O. BOX 60517
CITY OF INDUSTRY CA 91716


ABLE PERA PEREZ & GLADIS MORALES
A&G RENOVATIONS, LLC
3526 E. YALE STREET
PHOENIX AZ 85008


ADAM CHILD, REAL ESTATE FINANCE CORP
14362 N. FRANK LOYD WRIGHT BLVD
STE. 1000
SCOTTSDALE AZ 85260


ADRIAN MARTINEZ
MARTINEZ PLUMBING
4780 W. PALO VERDE DRIVE
GLENDALE AZ 85301


AMERICAN EXPRESS BLUE FOR BUSINESS
PO BOX 0001
LOS ANGELES CA 90096-8000


AMERICAN EXPRESS BUSINESS GOLD
BOX 0001
LOS ANGELES CA 90096-8000


AMERICAN EXPRESS DELTA RESERVE
BOX 0001
LOS ANGELES CA 90096-8000


AMERICAN EXPRESS EVERYDAY
BOX 0001
LOS ANGELES CA 90096-8000


AMERICAN EXPRESS GOLD
BOX 0001
LOS ANGELES CA 90096-8000


ANYTIME FITNESS/ABC FINANCIAL
P.O. BOX 54170
IRVINE CA 92619

LAFATA, DANIELLE -


ARIZONA BUSINESS BANK
PO BOX 790408
SAINT LOUIS MO 63179


ARIZONA BUSINESS BANK VISA
PO BOX 790408
SAINT LOUIS MO 63179


ARS NATIONAL SERVICES INC
PO BOX 469100
ESCONDIDO CA 92046-9100


ATLANTIC CREDIT & FINANCE, INC
PO BOX 13386
ROANOKE VA 24033


BANK OF AMERICA
PO BOX 15796
WILMINGTON DE 19886


BANK OF AMERICA BUSINESS ADVANTAGE
PO BOX 15796
WILMINGTON DE 19886


BANK OF AMERICA CASH REWARDS
PO BOX 851001
DALLAS TX 75285


BANK OF AMERICA CASH REWARDS VISA
P.O. BOX 851001
DALLAS TX 75285


BNLM, LLC
3200 N. CENTRAL, STE. 200
PHOENIX AZ 85012


BROWN EQUITY, BE LENDING, BEII, BELINE
ONE N. 1ST STREET, STE. 755
PHOENIX AZ 85004


BUREAU OF MEDICAL ECONOMICS
PO BOX 20247
PHOENIX AZ 85036-0247

LAFATA, DANIELLE -


BURSEY & ASSOCIATES
6740 N. ORACLE RD STE. 151
TUCSON AZ 85704


CANYON STATE SERVICING
3333 E. CAMELBACK RD, STE. 112
PHOENIX AZ 85018


CAPITAL FUND I & II, LLC
14555 N. SCOTTSDALE RD, #200
SCOTTSDALE AZ 85254


CAPITAL MANAGEMENT SERVICES, LP
698 1/2 SOUTH OGDEN STREET
BUFFALO NY 14206-2317


CAPITAL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716


CAPITAL ONE QUICKSILVER
P.O. BOX 65099
CITY OF INDUSTRY CA 91716


CAPITAL ONE SPARK
PO BOX 60599
CITY OF INDUSTRY CA 91716


CENTRAL PHOENIX WOMENS HEALTHCARE
1313 E. OSBORN RD, #250
PHOENIX AZ 85014


CHARLES THOMAS
CHARLES AND MARLENE THOMAS FAMILY TRUST
14260 W. ROANOKE AVE
GOODYEAR AZ 85395


CHARLESTON, KELLY & ASSOCIATES
150 E. SWDESFORD ROAD, STE. 102
WAYNE PA 19087


CHASE CREDIT INK
PO BOX 94014
PALATINE IL 60094

LAFATA, DANIELLE -


CHRISTIAN MURRIETA
MURRIETA REMODELING, LLC
911 E. CAMELBACK ROAD, UNIT 3039
PHOENIX AZ 85014


CITI/ADVANTAGE PLATINUM SELECT
PO BOX 78045
PHOENIX AZ 85062


CITIBANK
P.O. BOX 78009
PHOENIX AZ 85062


CITY OF PHOENIX
PO BOX 29100
PHOENIX AZ 85038


CLIENT SERVICES
3451 S. HARRY S. TRUMAN BLVD
SAINT CHARLES MO 63301-4047


COMENITY BANK
P.O. BOX 659705
SAN ANTONIO TX 78265


CREDIT COLLECTION SERVICES
P.O. BOX 55126
BOSTON MA 02205


CREDIT CONTROL LLC
PO BOX 546
HAZELWOOD MO 63042


CREDIT CONTROL LLC
P.O. BOX 546
HAZELWOOD MO 63042


CREDIT CORP SOLUTIONS INC
DBA TASMAN CREDIT CORP
180 ELECTION ROAD, STE. 200
DRAPER UT 84020


CREDIT CORP SOLUTIONS INC, DBA TASMAN CC
63 EAST 11400 SOUTH 408
SANDY UT 84070

LAFATA, DANIELLE -


D&J CONSTRUCTION SERVICES, LLC
9565 W. KINGMAN STREET
TOLLESON AZ 85353


DENNIS KNUDSEN
K-TECH ENGINEERING & DESIGN, LLC
5715 E. ESTRID CIRCLE
SCOTTSDALE AZ 85254


DISCOVER
P.O. BOX 51908
LOS ANGELES CA 90051-6208


DISCOVER
PO BOX 29033
PHOENIX AZ 85038


DISCOVER MILES
P.O. BOX 51908
LOS ANGELES CA 90051-6208


DITECH
P.O. BOX 7169
PASADENA CA 91109


DOUG HANSON
DOUG HANSON ARCHITECTURE, INC
4239 E. CAMPBELL AVE
PHOENIX AZ 85018


FARMERS INSURANCE GROUP
2200 E. WILLIAMS FIELD RD STE. 200-11
GILBERT AZ 85295


FINANCIAL ASSET MANAGEMENT
665 MOLLY LANE, STE. 110
WOODSTOCK GA 30189


FIRST GLOBAL, LLC
3622 SILVER FARMS LANE
TRAVERSE CITY MI 49684-8795

LAFATA, DANIELLE -


G.S. JAGGI
IRIDUS INCOME FUND
1785 EAST SKYLINE DRIVE, STE. 131
TUCSON AZ 85718


GREG AND CELESTE BIRD
23666 FORDSON DRIVE
DEARBORN MI 48124


GREG BIRD
23666 FORDSON DRIVE
DEARBORN MI 48124


GUGLIELMO & ASSOCIATES, PLLC
3040 NORTH CAMPBELL AVE, STE 100
TUCSON AZ 85719


GURSTEL LAW FIRM, PC
9320 E RAINTREE DR
SCOTTSDALE AZ 85260


HOME DEPOT COMMERCIAL
PO BOX 9001030
LOUISVILLE KY 40290


HOME DEPOT YARDI
430 S. FAIRVIEW AVE
GOLETA CA 93117


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101


JAMES GUAJARDO
WIN BUILDERS, LLC
3424 E. GREENWAY PKWY STE. 100
SCOTTSDALE AZ 85254


JAMES GUAJARDO
WIN INVESTOR REALTY, LLC
17916 N. 93RD STREET
SCOTTSDALE AZ 85255

LAFATA, DANIELLE -


JAMES GUAJARDO
WEATH INVESTOR NETWORK
17916 N. 93RD STREET
SCOTTSDALE AZ 85255


JEWETT INVESTMENT PARTNERS
1927 W. MITCHELL
PHOENIX AZ 85015


JOE THOMPSON
11252 CAMERON CT.
FOUNTAIN HILLS AZ 85268


JOY OBERHOLTZER
BOLD BRICKS, LLC
8902 E. VIA LINDA, #110-19
SCOTTSDALE AZ 85258


KIM RAMSEY
HERITAGE FINANCIAL
10697 E. TERRA DRIVE
SCOTTSDALE AZ 85258


KIMBERLEE BERKBIGLER
ABC VENTURE PARTNERS, LLC
4101 E. ENCINAS AVE
GILBERT AZ 85234


LAB CORP
P.O. BOX 2240
BURLINGTON NC 27216


LARRY KOHLER
10115 E. BELL ROAD, STE. 107-415
SCOTTSDALE AZ 85260


LAW OFFICE OF CYNTHIA L. JOHNSON
11640 E. CARON STREET
SCOTTSDALE AZ 85259


LAW OFFICES OF PUCIN & FRIEDLAND, PC
1699 E. WOODFIELD ROAD, STE. 360A
SCHAUMBURG IL 60173

LAFATA, DANIELLE -


LCA COLLECTIONS
P.O. BOX 2240
BURLINGTON NC 27216


LOWE'S
PO BOX 530914
ATLANTA GA 30353-0914


LUIS BERUMEN
LHB CONSTRUCTION LLC
4747 N. 21ST AVE
PHOENIX AZ 85015


MARK FELMAN
AVOLAN 1, LLC
8302 N. 74TH PLACE
SCOTTSDALE AZ 85258


MERCANTILE
165 LAWRENCE BELL DRIVE STE. 100
WILLIAMSVILLE NY 14221


MERCANTILE ADJUSTMENT BUREAU
PO BOX 9055
BUFFALO NY 14231


MERCHANTS MORTGAGE & TRUST
MERCHANGES FUNDING, LLC
P.O. BOX 912759
DENVER CO 80291


MICHAEL J. ABOUD
ABOUD & ABOUD PC
1661 N. SWAN ROAD, #234
TUCSON AZ 85712


MICHAEL LAFATA
3509 N. 32ND STREET
PHOENIX AZ 85018


MICHAEL PENROD
ABC VENTURE PARTNERS, LLC
5025 N. CENTRAL, STE. 257
PHOENIX AZ 85012

LAFATA, DANIELLE -


MICHAEL PENROD
MCP PROPERTIES
24 W. CAMELBACK RD, #A-257
PHOENIX AZ 85013


MIDLAND CREDIT MANAGEMENT
2365 NORTHSIDE DR., STE 300
SAN DIEGO CA 92108


MIDLAND FUNDING
8875 AERO DR
STE 200
SAN DIEGO CA 92123


MIKE STEPHENSON
9836 E. SIDEWINDER TRAIL
SCOTTSDALE AZ 85262


NATIONAL CONSTRUCTION RENTALS
P.O. BOX 4503
PACOIMA CA 91333


NATIONWIDE CREDIT INC
P.O. BOX 14581
DES MOINES IA 50306-3581


NELNET
P.O. BOX 2877
OMAHA NE 68103


NEXT STEP 599 SOLUTIONS LLC
601 E. CLARENDON AVE
PHOENIX AZ 85012


OLD STYLE ENTERPRISES
4304 W. PARADISE DRIVE
GLENDALE AZ 85304


ORCHARD FUNDING
11333 N. SCOTTSDALE ROAD, #293
SCOTTSDALE AZ 85254


PARKER DOORS & MORE
2210-2 W. SHANGRI LA
PHOENIX AZ 85029

LAFATA, DANIELLE -


PATRICK PRUNTY
MARSHALL REDDICK REAL ESTATE
4299 MACARTHUR BLVD, STE. 102
NEWPORT BEACH CA 92660


PHILLIPS COHEN & ASSOCIATES, LTD
MAIL STOP 658
1002 JUSTISON STREET
WILMINGTON DE 19801


PORFOLIO RECOVERY ASSOCIATES
120 CORPORATE BLVD., STE 100
NORFOLK VA 23502


PORTFOLIO RECOVERY ASSOC.
P.O. BOX 12914
NORFOLK VA 23541


RLS
4455 E. CAMELBACK ROAD
PHOENIX AZ 85018


ROBERT J. DUNN III
ZWICKER AND ASSOCIATES PC
1225 W. WASHINGTON STREET, STE. 110
TEMPE AZ 85281


ROD JONES, PRO REAL ESTATE SERVICES
CARJON CAPITAL, LLC
1147 LA SOMBRA DRIVE
SAN MARCOS CA 92078


RON NAWROCKI
BI SOLUTIONS CORP
3971 N. VILLIAGE STREET
BUCKEYE AZ 85396


SAC HEATING & COOLING, LLC
14868 W. CAMERON DRIVE
SURPRISE AZ 85379


SAC HEATING & COOLING, LLC
3118 W. THOMAS ROAD, STE. 706
PHOENIX AZ 85017

LAFATA, DANIELLE -


SANTANDER CONSUMER USA
P.O. BOX 660633
DALLAS TX 75266


SELL WHOLESALE FUNDING
1649 E. BETHANY HOME ROAD
PHOENIX AZ 85016


SOLIS MAMMOGRAPHY PHOENIX
1661 E. CAMELBACK RD #140
PHOENIX AZ 85016


SOLUTION ORIENTED SERVICES
SOLO 401K PLAN
22335 W. HIGHLAND AVE
PHOENIX AZ 85015


SPARKS LAW GROUP, PLLC
ONE N. 1ST STREET, STE. 795
PHOENIX AZ 85004


STEVEN A. TURNER
COYOTE CAPITAL INVESTMENTS, LLC
15230 N. 75TH STREET, #2005
SCOTTSDALE AZ 85260


SUPRA BILLING
ARIZONA REGIONAL MLS
130 S. PRIEST DRIVE, STE. 101
TEMPE AZ 85281-2593


SYNCHRONY BANK
P.O. BOX 530914
ATLANTA GA 30353


SYNCHRONY FINANCIAL
PO BOX 960061
ORLANDO FL 32896


TITLE SECURITY AGENCY
6390 E. TANQUE VERDE ROAD
TUCSON AZ 85712

LAFATA, DANIELLE -


VANN ENGINEERING
9013 N. 24TH AVE, STE. 7
PHOENIX AZ 85021


WASTE MANAGEMENT
1001 FANNIN STREET
HOUSTON TX 77002


WESTSTAR MORTGAGE
2525 E. CAMELBACK ROAD, #1101
PHOENIX AZ 85016


YARDI MARKETPLACE
430 S. FAIRVIEW AVE
GOLETA CA 93117


YARDI MARKETPLACE
PO BOX 82569
GOLETA CA 93118