Jeffrey Cox (26953)
Dwayne Farnsworth (13209)
COX LAW OFFICES
P.O. Box 2324
Gilbert, Arizona 85299
Tel:(480) 820-3600
E-Mail: farnsworthcourt@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DANIELLE KRISTINE LAFATA,<br><br>Debtor.<br>_____<br>DANIELLE KRISTINE LAFATA,<br><br>Movant,<br>vs.<br>DISCOVER BANK,<br><br>Respondent.<br>_____ | In Proceedings Under<br>Chapter Seven<br><br>Case No. 2:19-bk-04795-PS<br><br><br><br><br><br>MOTION TO AVOID<br>JUDGEMENT LIEN<br>IMPAIRING DEBTOR'S<br>EXEMPTION UNDER<br>11 U.S.C. § 522(f) |

1. Movant filed her Chapter 7 Bankruptcy on April 22, 2019.

2. Judgment was obtained in the Arcadia Biltmore Precinct Justice Court of Maricopa County, in favor of the Respondent and against the Movant under case number CC18118808RC.

3. Said judgement was for an unsecured credit card debt in the amount of $3,600.36 plus cots and attorney fees.

4. The Respondent, DISCOVER BANK, has recorded a Judgement Lien with the County Recorder of Maricopa County, on or about January 31, 2019, Recording No: 20190068137. See attached Exhibit "A".

5. Said lien is a Judicial Lien and avoidable under 11 U.S.C. Section 522(f).

6. This lien will impair exemptions to which the Debtor is entitled, under 11 U.S.C. Section 522 (f)(1), if not avoided.

WHEREFORE, Movant respectfully asks this court:

a) For an order avoided the judgment lien recorded with the Recorder of Maricopa County, on January 31, 2019, Recording No: 20190068137.;

b) that each party to bear their own fees and costs;

c) for such other and further relief as this Court deems just and equitable.

DATED this 5th day of June, 2019.

        COX LAW OFFICES

        /s/ Dwayne Farnsworth #13209
        Dwayne Farnsworth
        Jeffrey Cox
        Attorney for Debtor

# EXHIBIT "A"

Unofficial Document

When recorded mail to:

Name: Guglielmo & Associates
Address: POB 41688
City/State/Zip: Tucson, AZ 85717-1688

20
39
Yo.

this area reserved for county recorder

1/31/19
20190068137

## *CAPTION HEADING:*

DO NOT REMOVE

This is part of the official document.

Guglielmo & Associates, PLLC
3040 N Campbell Avenue Suite 100
Tucson, Arizona 85719
(877) 325-5700 Fax (520) 325-2480
legal@guglielmolaw.com
Paul D. Guglielmo STATE BAR #005585
John A. Daddona STATE BAR #027793

Attorneys for Plaintiff

Arcadia Biltmore Precinct Justice Court
620 W. Jackson St., Ste. #1046, Phoenix AZ 85003-2423
County of Maricopa, State of Arizona

| Discover Bank, Plaintiff | Case No.: CC2018118808RC |
|---|---|
| vs. | JUDGMENT |
| Danielle Lafata & John/Jane Doe Lafata (If Married), Defendant(s) | AS TO Danielle Lafata ONLY |

NOW, THEREFORE, IT IS ORDERED that Plaintiff is granted Judgment against Defendant(s):

Danielle Lafata

As follows:

| | | |
|---|---|---|
| 1. Principal damages: | $ 3391.86 | |
| 2. Accrued costs through date of Judgment: | $ 208.50 | |
| 3. Less Payments Received | $ -0.00 | |
| 4. Attorney Fees: | $ 0.00 | WAIVED |
| **TOTAL JUDGMENT** | $ 3600.36 | |

5. With interest at the legal rate on the principal at 6.25% per annum from the date of Judgment, until paid in full, together with after-accruing taxable costs.

No further matters remain pending and the judgment is entered pursuant to A.R.C.P. 54(c).

DATED this __20__ day of __Dec__, 20__18__.

Date: _____

_____
JUSTICE OF THE PEACE

398794

I hereby certify that this document is a true and correct copy of the original, entered and filed in the Arcadia Biltmore Justice Court.
Date: 1/24/19
Leonore Driggs
Justice of the Peace

_____
Clerk