| | |
|---|---|
| Jeffrey Cox (26953) | |
| Dwayne Farnsworth (13209) | |
| COX LAW OFFICES | |
| P.O. Box 2324 | |
| Gilbert, Arizona 85299 | |
| Tel:(480) 820-3600 | |
| E-Mail: farnsworthcourt@gmail.com | |

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | In Proceedings Under |
| | ) | Chapter Seven |
| DANIELLE KRISTINE LAFATA, | ) | |
| | ) | Case No. 2:19-bk-04795-PS |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DANIELLE KRISTINE LAFATA, | ) | |
| | ) | |
| Movant, | ) | MOTION TO AVOID |
| vs. | ) | JUDGEMENT LIEN |
| | ) | IMPAIRING DEBTOR'S |
| DISCOVER BANK, | ) | EXEMPTION UNDER |
| | ) | 11 U.S.C. § 522(f) |
| Respondent. | ) | |

1. Movant filed her Chapter 7 Bankruptcy on April 22, 2019.

2. Judgment was obtained in the Superior Court of Maricopa County, in favor of the Respondent and against the Movant under case number CV2018-093000.

3. Said judgement was for an unsecured credit card debt in the amount of $46,741.82 including costs.

4. The Respondent, DISCOVER BANK, has recorded a Judgement Lien with the County Recorder of Maricopa County, on or about October 3, 2018, Recording No: 20180744626. See attached Exhibit "A".

5. Said lien is a Judicial Lien and avoidable under 11 U.S.C. Section 522(f).

6. This lien will impair exemptions to which the Debtor is entitled, under 11 U.S.C. Section 522 (f)(1), if not avoided.

WHEREFORE, Movant respectfully asks this court:

a) For an order avoided the judgment lien recorded with the Recorder of Maricopa County, on October 3, 2018, Recording No: 20180744626;

b) that each party to bear their own fees and costs;

c) for such other and further relief as this Court deems just and equitable.

DATED this 5th day of June, 2019.

COX LAW OFFICES

/s/ Dwayne Farnsworth   #13209
Dwayne Farnsworth
Jeffrey Cox
Attorney for Debtor

EXHIBIT "A"

Unofficial
20 Document

When recorded mail to:

Name: Guglielmo & Associates
Address: POB 41688
City/State/Zip: Tucson, AZ 85717-1688

39
Ga.

this area reserved for county recorder

10/3/18
2018074624

## CAPTION HEADING:

DO NOT REMOVE

This is part of the official document.

1. **GUGLIELMO & ASSOCIATES**
2. 3040 N Campbell Avenue Suite 100
   Tucson, Arizona 85719
3. (520) 325-5700 Fax (520) 325-2480
   BY: Guglielmo & Associates
4. ATTORNEYS FOR PLAINTIFF

Superior Court of the State of Arizona
201 W. Jefferson, Phoenix AZ 85003
In and for the County of Maricopa

| Discover Bank, | Case No.: CV2018-093000 |
|---|---|
| Plaintiff | |
| vs. | |
| Danielle Krist Lafata | DEFAULT JUDGMENT |
| John/Jane Doe Lafata (If Married), | |
| Defendant(s) | |

IT IS ORDERED that Plaintiff is hereby granted Judgment against the Defendant(s):

Unofficial Document

Danielle Krist Lafata

as follows:

| 1. Principal damages: | $ 46285.25 | |
|---|---|---|
| 2. Accrued costs through date of Judgment: | $ 456.57 | |
| 3. Less Payments Received | $ -0.00 | |
| 4. Attorney Fees: | $ 0.00 | WAIVED |
| **TOTAL JUDGMENT** | **$ 46741.82** | |

Interest on the sums above at the legal rate of 5.75% [6.0%] per annum from the date of Judgment until paid in full, together with after-accruing taxable costs.

No further matters remain pending and the judgment is entered pursuant to A.R.C.P. 54(c).

DATED this 25th day of June, 2018.

_____
JUDGE/COURT COMMISSIONER

HONORABLE STEVEN LYNCH
MARICOPA COUNTY SUPERIOR COURT

394997

Certification Page
for
CV2018-093000



The foregoing instrument is a full, true and
correct copy of the original on file in this office.

Attest 9/11/2018 3:43:05 PM
CHRIS DEROSE, Clerk of the Superior Court of
the State of Arizona, in and for the County of
Maricopa.

By Georgina Castaneda-Medina, Deputy

Electronically certified as permitted by Arizona Revised Statute §12-282(D). Questions regarding the validity of this document or seal may be directed to the Clerk of Superior Court.