| | |
|---|---|
| 1 | Jeffrey Cox (26953)<br>Dwayne Farnsworth (13209) |
| 2 | COX LAW OFFICES<br>P.O. Box 2324 |
| 3 | Gilbert, Arizona 85299<br>Tel:(480) 820-3600 |
| 4 | E-Mail: farnsworthcourt@gmail.com |
| 5 | Attorney for Debtor |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>DANIELLE KRISTINE LAFATA,<br><br>            Debtor.<br><br>DANIELLE KRISTINE LAFATA,<br><br>            Movant,<br>vs.<br><br>DISCOVER BANK,<br><br>            Respondent. | In Proceedings Under<br>Chapter Seven<br><br>Case No.  2:19-bk-04795-PS<br><br><br><br><br>NOTICE OF MOTION TO AVOID<br>JUDGEMENT LIEN IMPAIRING<br>DEBTOR'S EXEMPTION AND<br>BAR DATE |

      NOTICE IS HEREBY GIVEN that the above-captioned Debtor has filed a MOTION TO AVOID LIEN under Section 522(2)(f) of the Bankruptcy Code.

      FURTHER NOTICE IS GIVEN that an affected lienholder, pursuant to Local Bankruptcy Rule 4003, shall have 23 (Twenty) days after the date of the service of the Motion and this Notice within which to object by filing with the Court a response requesting a hearing and to serve a copy of any such response upon the Debtors' attorney whose address is: COX LAW OFFICES, P.O. Box 2324, Gilbert, AZ 85299, and to serve a copy of the response upon any other affected lienholder named in the Debtor's Motion.

      DATED   June 5, 2019

                                                COX LAW OFFICES

                                                /s/ Dwayne Farnsworth #13209<br>
                                                Jeffrey Cox<br>
                                                Dwayne Farnsworth