Jeffrey Cox (26953)
Dwayne Farnsworth (13209)
COX LAW OFFICES
P.O. Box 2324
Gilbert, Arizona 85299
Tel:(480) 820-3600
E-Mail: farnsworthcourt@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DANIELLE KRISTINE LAFATA,<br><br>Debtor.<br>_____<br>DANIELLE KRISTINE LAFATA,<br><br>Movant,<br>vs.<br><br>CAPITAL FUND I, LLC and<br>CAPITAL FUND II, LLC<br><br>Respondent.<br>_____ | In Proceedings Under<br>Chapter Seven<br><br>Case No. 2:19-bk-04795-PS<br><br><br><br><br><br>MOTION TO AVOID<br>JUDGEMENT LIEN<br>IMPAIRING DEBTOR'S<br>EXEMPTION UNDER<br>11 U.S.C. § 522(f) |

    1.    Movant filed her Chapter 7 Bankruptcy on April 22, 2019.

    2.    Judgment was obtained in the Superior Court of Maricopa County, in favor of the Respondent and against the Movant under case number CV2017-056108.

    3.    Said judgement was for a real estate deficiency judgment in the amount of $71,894.85 including costs and fees.

    4.    The Respondent, CAPITAL FUND I, LLC and CAPITAL FUND II, LLC, has recorded a Judgement Lien with the County Recorder of Maricopa County, on May 16, 2018, Recording No: 20180374336. See attached Exhibit "A".

    5.    Said lien is a Judicial Lien and avoidable under 11 U.S.C. Section 522(f).

    6.    This lien will impair exemptions to which the Debtor is entitled, under 11 U.S.C. Section 522 (f)(1), if not avoided.

WHEREFORE, Movant respectfully asks this court:

a) For an order avoided the judgment lien recorded with the Recorder of Maricopa County, on May 16, 2018, Recording No: 20180374336;

b) that each party to bear their own fees and costs;

c) for such other and further relief as this Court deems just and equitable.

DATED this 5th day of June, 2019.

COX LAW OFFICES

/s/ Dwayne Farnsworth   #13209
Dwayne Farnsworth
Jeffrey Cox
Attorney for Debtor

# EXHIBIT "A"

**WHEN RECORDED MAIL TO:**

CAPITAL FUND 1, LLC
7890 E. McClain Drive
Scottsdale, AZ 85260

---

**CAPTION HEADING** <u>Judgment</u>

**DO NOT DETACH THIS PAGE FROM THE ORIGINAL**

COPY FOR CERTIFICATION
CERTIFIED COPY
FILED 3/28/18 3:00pm
MICHAEL K. JEANES, Clerk
By A. Wood, Deputy

CYNTHIA L. JOHNSON (BAR # 14492)
LAW OFFICE OF CYNTHIA L. JOHNSON
11640 E. Caron Street
Scottsdale, Arizona 85259
Phone: (480) 381-7929
Email: cynthia@jsk-law.com

*Attorney for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CAPITAL FUND I, LLC and CAPITAL FUND II, LLC, Arizona Limited Liability Companies,<br><br>Plaintiff,<br><br>vs<br><br>FOX REMODELING, LLC, an Arizona Limited Liability Company; MICHAEL LAFATA and JANE DOE LAFATA, husband and wife,<br><br>Defendants. | Case No.: CV2017-056108<br><br>**JUDGMENT** |

This matter having come before the Court on Plaintiff's Motion for Judgment by Default, pursuant to Rule 55 (b) ARCP and Defendants having failed to Answer, plead or otherwise defend as provided for by the Rules of Civil Procedure within the statutory time, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Judgment by Default is granted;

**IT IS FURTHER ORDERED** granting Judgment in favor of the Plaintiff, Capital Fund II, LLC against Fox Remodeling, LLC and Michael LaFata and Jane Doe LaFata aka Danielle K. LaFata as follows:

| | |
|---|---|
| Principal Amount: | $ 67,486.13 |
| Taxable Costs: | $      506.22 |
| Attorneys Fees: | $   3,902.50 |
| **Total Judgment Amount** | **$ 71,894.85** |

**IT IS FURTHER ORDERED** that interest shall accrue on the principal amount of $67,486.13, and attorney fees and costs in the amount of $4,408.72 at the rate of 5.50% per annum from the date of Judgment until paid in full.

DATED this 28 day of March, 2018

_____
Steven Holding
Commissioner of the Maricopa County Superior Court

Unofficial Document

The foregoing instrument is a full, true and correct copy of the original on file in this office.
Attest  MAY 1 1 2018  20___
CHRIS DEROSE, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.
By_____, Deputy Clerk

Jwaybill

2