Jeffrey Cox (26953)
Dwayne Farnsworth (13209)
COX LAW OFFICES
P.O. Box 2324
Gilbert, Arizona 85299
Tel:(480) 820-3600
E-Mail: farnsworthcourt@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| In re | In Proceedings Under Chapter Seven |
| DANIELLE KRISTINE LAFATA, | Case No. 2:19-bk-04795-PS |
| Debtor. | |
| DANIELLE KRISTINE LAFATA, | |
| Movant, | MOTION TO AVOID JUDGEMENT LIEN IMPAIRING DEBTOR'S EXEMPTION UNDER 11 U.S.C. 522(f) |
| vs. | |
| D&J CONSTRUCTION SERVICES, LLC, | |
| Respondent. | |

1.　　Movant filed her Chapter 7 Bankruptcy on April 22, 2019.

2.　　Judgment was obtained in the Superior Court of Maricopa County, in favor of the Respondent and against the Movant under case number CV2017-006743.

3.　　Said judgement is in the amount of $90,561.48 including costs and fees.

4.　　The Respondent, D&J CONSTRUCTION SERVICES, LLC, has recorded a Judgement Lien with the County Recorder of Maricopa County, on December 1, 2017, Recording No: 20170891664. See attached Exhibit "A".

5.　　Said lien is a Judicial Lien and avoidable under 11 U.S.C. Section 522(f).

6.　　This lien will impair exemptions to which the Debtor is entitled, under 11 U.S.C. Section 522 (f)(1), if not avoided.

WHEREFORE, Movant respectfully asks this court:

a)  For an order avoided the judgment lien recorded with the Recorder of Maricopa County, on December 1, 2017, Recording No: 20170891664;

b) that each party to bear their own fees and costs;

c) for such other and further relief as this Court deems just and equitable.

DATED this _5th_ day of _June_, 2019.


COX LAW OFFICES


/s/ Dwayne Farnsworth  #13209
Dwayne Farnsworth
Jeffrey Cox
Attorney for Debtor

# EXHIBIT "A"

When Recorded return to:

James D. Sparks, Esq.
Sparks Law Group, PLLC
One N. 1st Street, Suite 795
Phoenix, Arizona 85004

DJ
Ho:  *12/1/17*

*20170891 664*

## JUDGMENT INFORMATION SHEET

| Name and last known address of the Judgment Debtor(s): | Address of Judgment Creditor: |
|---|---|
| MICHAEL LAFATA<br>3509 N. 32ND ST.<br>PHOENIX, AZ 85234<br><br>DANIELLE LAFATA<br>3509 N. 32ND ST.<br>PHOENIX, AZ 85234<br><br>FOX REMODELING<br>3509 N. 32ND ST.<br>PHOENIX, AZ 85234 | D&J CONSTURCTION SERVICES, LLC<br>c/o Sparks Law Group, PLLC<br>One N. 1st Street, Suite 795<br>Phoenix, Arizona 85004 |
| Address at which Judgment Debtor received service of the summons and Complaint: | Judgment Debtor's Social Security Number: |
| MICHAEL LAFATA<br>3509 N. 32ND ST.<br>PHOENIX, AZ 85234<br><br>DANIELLE LAFATA<br>3509 N. 32ND ST.<br>PHOENIX, AZ 85234<br><br>FOX REMODELING<br>3509 N. 32ND ST.<br>PHOENIX, AZ 85234 | Unknown |

| Amount of the Judgment or decree: | Date of Birth: | Driver License Number: |
|---|---|---|
| $95,883.33, plus post-judgment interest, costs and attorneys' fees. | Unknown | Unknown |
| Stay Of Enforcement Ordered By Court? No. | Date Stay of Enforcement Expires? N/A | |

Unofficial Document



1 SPARKS LAW GROUP, PLLC
2 James D. Sparks, #028006
One N. 1st St., Suite 795
3 Phoenix, Arizona 85004
4 Ph: (602) 529-3339
Fax: (602) 529-3337
5 jsparks@sparkslg.com
6 *Attorney for Plaintiff*

7
8 **IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

9 **IN AND FOR THE COUNTY OF MARICOPA**

10 D&J CONSTRUCTION SERVICES, LLC, an
11 Arizona limited liability company,
 Case No.: CV2017-006743
12
 Plaintiff;
13 **JUDGMENT**

14 vs.

15
 MICHAEL LAFATA and JANE DOE
16 LAFATA, husband and wife; FOX
17 REMODELING, LLC, an Arizona limited
 liability company; JOHN DOES I-X; JANE
18 DOES I-X; ABC CORPORATIONS I-X; and
19 BLACK PARTNERSHIPS I-X; and WHITE
20 LIMITED LIABILITY COMPANIES I-X,

21
 Defendants.

22

23    This matter having come before the Court on Plaintiff's Motion for Entry of Default

24 Judgment, and for the reasons set forth therein,

25    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff D&J CONSTRUCTION

26 SERVICES, LLC has judgment against Defendants MICHAEL LAFATA, DANIELLE

27 LAFATA, and FOX REMODELING, LLC as follows:

28
    1. $85,349.28 for general damages.

    2. $839.70 for costs.

1

3. Attorneys' fees in the amount of $4,372.50.

4. Pre-Judgment interest in the amount of $10,534.05.

5. Interest on the foregoing amounts from the date of the Judgment at the rate of 1.5% per annum until paid in full.

6. All attorneys' fees and costs incurred in post-judgment collection efforts.

7. IT IS FURTHER ORDERED granting Plaintiff an equitable lien on the Properties listed in the Complaint and in the following amounts:

    a. Street Address: 1903 N. Georgia Ave., Phoenix, AZ 85015
       Parcel#: 153-23-061A
       Amount: ~~$52,526.00~~ $26,263.00
       Legal Description:

Lot 1, Block 5, MISSOURI PARKWAY, according to Book 47 of Maps, page 46, records of Maricopa County, Arizona;

EXCEPT THERFROM a part of said Lot 1, Block 5 of Missouri Parkway Subdivision as recorded in Book 47 of Maps, Page 46 and is located in the

Southeast Quarter (SE 1/4) of Section 13, Township 2 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as follows:

COMMENCING at the East Quarter Corner of Section 13, said point also being the intersection of 19th Avenue and Missouri Avenue;

Thence South 00 degrees 42 minutes 47 seconds West, along the East line of Section 13 and the centerline of 19th Avenue, a distance of 846.67 feet;

Thence North 89 degrees 17 minutes 13 seconds West, a distance of 40.09 feet to the POINT OF BEGINNING;

Thence South 00 degrees 42 minutes 47 seconds West, a distance of 80.13 feet;

Thence South 89 degrees 30 minutes 38 seconds West, a distance of 11.30 feet;
Thence North 02 degrees 50 minutes 17 seconds East, a distance of 96.50 feet;

2

Thence North 43 degrees 42 minutes 33 seconds West, a distance of 8.03 feet to the beginning of a non-tangent curve whose 24.48 foot radius bears South 27 degrees 48 minutes 05 seconds West and is concave Southwesterly;

Thence Southeasterly, along said curve, through a central angle of 62 degrees 54 minutes 42 seconds, a distance of 26.88 feet to the POINT OF BEGINNING.

b. Street Address:  1904 W. Oregon Ave., Phoenix, AZ 85015
   Parcel #:       153-23-074A
   Amount:         ~~$52,526.00~~  $26,263.00
   Legal Description:

Lot 14, Block 5, MISSOURI PARKWAY, according to Book 47 of Maps, page 46, records of Maricopa County, Arizona.

EXCEPT THEREFROM A portion of said Lot 14, Block 5 of Missouri Parkway Subdivision as recorded in Book 47 of Maps, Page 46, located in the Southeast Quarter (SE 1/4) of Section 13, Township 2 North, Range 2 East of the Gila and Salt River Base Meridian, Maricopa County, Arizona, more particularly described as follows:

COMMENCING at the Southeast Corner of Section 13, said point also being the intersection of 19th Avenue and Camelback Road;

Thence North 00 degrees 42 minutes 47 seconds East, along the East line of said Section 13 and the centerline of 19th Avenue, a distance of 1610.40 feet;

Thence North 89 degrees 17 minutes 13 seconds West, a distance of 61.95 feet to the POINT OF BEGINNING;

Thence North 45 degrees 14 minutes, 05 seconds East, a distance of 10.99 feet;

Thence North 00 degrees 41 minutes 35 seconds East, a distance of 20.06 feet;

Thence North 02 degrees 50 minutes 17 seconds East, a distance of 77.31 feet;

Thence North 89 degrees 30 minutes 38 seconds East, a distance of 11.30 feet;

3

Thence South 00 degrees 42 minutes 47 seconds West, a distance of 80.13 feet to the beginning of a tangent curve having a 25.53 foot radius and is concave Northwesterly;

Thence Southwesterly, along said curve, through a central angle of 81 degrees 43 minutes 38 seconds, a distance of 36.42 feet to the POINT OF BEGINNING.

c. Street Address:     1742 E. Cheery Lynn Rd., Phoenix, AZ 85016
   Parcel#:            119-32-068
   Amount:             $23,633.33
   Legal Description:

LOT 1 AND THE EAST HALF OF LOT 2, VICTORIA HEIGHTS, ACCORDING TO BOOK 27 OF MAPS, PAGE 20, RECORDS OF MARICOPA COUNTY, ARIZONA.

d. Street Address:     4210 N. 11th St., Phoenix, AZ 85014
   Parcel#:            155-16-039
   Amount:             $9,190.00
   Legal Description:

THAT PART OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 21, TOWNSHIP 2 NORTH, RANGE 13 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:

BEGINNING 667 FEET NORTH OF A POINT 694.78 FEET WEST OF THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 21; THENCE RUNNING WEST 172.75 FEET; THENCE NORTH 75 FEET; THENCE EAST 172.75 FEET; THENCE SOUTH 75 FEET TO THE POINT OF BEGINNING.

8. There being no cause for delay, Judgment shall be entered forthwith pursuant to A.R.C.P. 54(c).

DONE IN OPEN COURT this _12_ day of ~~August~~ *October*, 2017.

_____
Judge of the Superior Court
Commissioner David W. Garbarino

4

Unofficial Document

The foregoing instrument is a full, true and correct copy of
the original on file in this office.

Attest_____ 20____

MICHAEL K. JEANES, Clerk of the Superior Court of the
State of Arizona, in and for the County of Maricopa.

By_____ Deputy

RECORDING REQUESTED BY
GREAT AMERICAN TITLE AGENCY
AND WHEN RECORDED MAIL TO:

ESCROW NO.: 00549827

7/4

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Partial Release of Judgment

The Plaintiff does hereby release its judgment lien only as to the following described property from that certain Judgment entered October 12, 2017 in Maricopa County Superior Court Case No. **CV2017-006743** in favor of **D&J Construction Services, LLC, an Arizona limited liability company**, Plaintiff, and against **Michael Lafata, Danielle Lafata and Fox Remodeling, LLC,** Defendants, recorded **December 1, 2017** in Instrument No. **20170891664,** in the official Records of the County Recorder's Office.

**Lot 3, Block 6, WEST IDLEWILDE, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 20 of Maps, Page 25.**

The Judgment is not satisfied and the Judgment lien is not released as to the Judgment Defendants' interests in any other real property.

Dated this /0th day of January, 2018

Attorney for **D&J Construction Services, LLC, an Arizona limited liability company:**
Sparks Law Group, PLLC.

By
James D. Sparks, Esq.

State of Arizona     } ss
County of Maricopa

This instrument was acknowledged before me this 10th
day of January, 2018
by   James D. Sparks .

Notary Public

My commission will expire October 29th 2019

JENNIFER L DELNERO
Notary Public - Arizona
Maricopa County
My Comm. Expires Oct 29, 2019